United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| **HOUSTON REAL ESTATE PROPERTIES** | § | |
| **LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 11** |

## ORDER CONVERTING CASE TO CHAPTER 7

Before the Court is the Motion to Appoint a Chapter 11 Trustee or Convert the Case to a Chapter 7 (ECF No. 57). Hearing was held on March 8, 2023, and evidenced was heard. For the reasons stated on the record, this case is converted to a case under Chapter 7.

The United States Trustee is ordered to appoint a Chapter 7 Trustee in this case.

SO ORDERED.

SIGNED 03/08/2023

_____
Jeffrey Norman
United States Bankruptcy Judge