**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-32998** |
| | § | |
| **HOUSTON REAL ESTATE** | § | |
| **PROPERTIES LLC** | § | **(CHAPTER 7)** |
| | § | |
| **DEBTOR.** | § | |

**TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
**FREE AND CLEAR OF ALL LIENS CLAIMS AND ENCUMBRANCES**

---

**NOTICE PURSUANT TO LOCAL RULE 9013-1**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 30, 2023 AT 1:30 P.M. IN COURTROOM 403, 4TH FLOOR, UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, 515 RUSK STREET, HOUSTON, TEXAS 77002.

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Randy W. Williams, Trustee (the "**Trustee**"), and files this *Motion for Authority to Sell Real Property Free and Clear of Liens, Claims and Encumbrances*, and in support thereof respectfully represents as follows:

1.      This case was commenced by the filing of a voluntary petition under chapter 11 of the Bankruptcy Code on October 7, 2022.  This case was converted to chapter 7 on March 8, 2023. The Trustee was appointed Chapter 7 Trustee on that date.

1

2.      Property of the estate includes a house located at 801 Malone St., Houston, Texas (the "**Property**").  The Debtor valued the Property on its schedules at $750,000.00.  For ad valorem tax purposes, the Property has been valued at $503,600.00.

3.      The Property is ostensibly encumbered by a lien in favor of Skaneateles rdX, LLC in an unknown amount.  However, the lien was filed after the filing of the bankruptcy petition.  As such, the Trustee believes the lien is not enforceable against the Property.  Other than property tax liens, the Trustee believes that the Property is otherwise unencumbered.

4.      The Trustee requests authority to sell the Property pursuant to 11 U.S.C. § 363(b) free and clear of liens, claims and encumbrances, and any liens, claims or encumbrances unpaid at closing, including the lien of Skaneateles rdX, LLC, shall attach to the proceeds of sale. The Trustee shall hold the net proceeds of sale after payment of property taxes, broker's commission and routine closing costs pending further Order of the Court.

5.      The Trustee retained Kevin Riles of Kevin Riles Commercial (the "**Broker**") for the purpose of evaluating the Property, listing it for sale, and negotiating the sale.  Since listing the Property, the Broker had two offers to purchase the Property.  The highest and best offer received in the Trustee's judgment was from DesignWise, LLC (the "**Buyer**") for the total sum of $580,000.00.  Based on the foregoing, the Trustee believes that the offer from the Buyer is the best that can be obtained within a reasonable time.

6.      In the event the Buyer withdraws the offer or otherwise fails to close the sale, the Trustee requests authority to sell the Property to any buyer that in the Trustee's opinion makes an offer that is substantially similar or higher than the present offer.

7.      The Trustee requests that he be authorized to pay property taxes as may be owed as of closing, all fees and closing costs customarily assessed against the seller, and execute all documents necessary to convey the Property and close the sales transaction.  The Trustee further

4877-5389-3743, v. 2

requests that he be allowed to pay to the Broker a broker's fee in the amount of six percent (6%) from the proceeds received by the estate upon sale in accordance with the agreement between the parties. This fee may be divided between the Broker and the Buyer's broker.

WHEREFORE, Trustee prays that the Court issue an order authorizing sale of the Property to the Buyer or its successors or assigns on the terms contained herein; that in the event the Buyer withdraws its offer or otherwise fails to close the sale, the Trustee requests authority to sell the Property to any buyer that in the Trustee's opinion makes an offer that is substantially similar or higher than the present offer; that he be authorized to pay property taxes as may be owed as of closing, all fees and closing costs customarily assessed to seller, including a broker's fee to the Broker in the amount of six percent (6%), which fee may be divided with the Buyer's broker; that such sale shall be free and clear of liens, claims and encumbrances, with any liens unpaid at closing, including the lien of Skaneateles rdX, LLC, if any, attaching to the proceeds of sale; that the Trustee shall hold the net proceeds of sale pending further Order of the Court; that he be authorized to execute all documents necessary to convey the Property and close the sales transaction; and that he be granted such other and further relief to which he may be justly entitled.

Respectfully submitted,

**OKIN ADAMS BARTLETT CURRY LLP**

By: */s/ Timothy L. Wentworth*
Timothy L. Wentworth
Texas Bar No. 21179000
Email: twentworth@okinadams.com
1113 Vine St., Suite 240
Houston, Texas  77002
Telephone: 713.228.4100
Facsimile:  888.865.2118
**ATTORNEYS FOR RANDY W. WILLIAMS, TRUSTEE**

3

4877-5389-3743, v. 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of *Trustee's Motion for Authority to Sell Real Property Free and Clear of Liens, Claims and Encumbrances* has been served by U.S. Mail, postage prepaid, on the 24th day of July, 2023, upon the parties listed on the attached service list.

/s/ Timothy L. Wentworth

_____

Timothy L. Wentworth

4

4877-5389-3743, v. 2

Label Matrix for local noticing
0541-4
Case 22-32998
Southern District of Texas
Houston
Mon Jul 24 12:32:18 CDT 2023

Fort Bend County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, TX 77253-3064

Harris County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, Tx 77253-3064

Houston Real Estate Properties LLC
1001 West Loop
Ste 700
Houston, TX 77027-9033

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Abdullatif & Company LLC
2500 West Loop S., Ste. 522
Houston, TX 77027-4523

Allan D Goldstein
Morris Lendais Hollrah & Snowden
520 Post Oak, Suite 700
Houston, Texas 77027-9414

Allan D. Goldstein
James D. Salyer
Morris Lendais Hollrah & Snowden
1980 Post Oak Blvd., Ste. 700
Houston, TX 77056-3848

City of Houston Water
801 Malone
Houston, TX 77007-5125

FORT BEND INDEPENDENT SCHOOL DISTRICT
C/O FORT BEND COUNTY TAX OFFICE
1317 EUGENE HEIMANN CIRCLE
RICHMOND TX 77469-3623

Fort Bend County
c/o Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Harris County Appraisal District
13013 NW Freeway
Houston, TX 77040-6305

Harris County et al.
c/o Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346

Osama Adbullatif
2500WestLoopS., Ste. 522
Houston, TX 77027

Skaneateles rdX, LLC
412 W. Polk #1
Houston, TX 77019-4763

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

U.S. Trustee's Office
515 Rusk Avenue, Suite 3516
Houston, Texas 77002-2604

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

John Quinlan
22310 Grand Corner Dr
Suite 140
Katy, TX   77494-7467

Melissa S Hayward
Hayward & Associates PLLC
10501 N. Central Expry., Ste. 106
Dallas, TX 75231-2203

Randy W Williams
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, TX 77581-7933

Ron Satija
Hayward PLLC
7600 Burnet Road
Ste 530
Austin, TX 78757-1269

Ruth A Van Meter
Ruth A. Van Meter, P.C.
9322 Shady Lane Circle
Houston, TX 77063-1305

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fort Bend Independent School District          (u)Skaneateles rdX, LLC                          (u)Omar Khawja

(u)Osama Abdullatif                               End of Label Matrix
                                                  Mailable recipients    23
                                                  Bypassed recipients     4
                                                  Total                  27