United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 30, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-32998** |
| | § | |
| **HOUSTON REAL ESTATE** | § | |
| **PROPERTIES LLC** | § | **(CHAPTER 7)** |
| | § | |
| **DEBTOR.** | § | |

**ORDER APPROVING SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**
(Relates to Docket #135)

Hearing was held on August 30, 2023.  For the reasons stated on the record the *Motion for Authority to Sell Real Property Free and Clear of Liens, Claims and Encumbrances* filed by Randy W. Williams, Trustee (the "**Trustee**") is granted; it is hereby

ORDERED THAT

1.	The Trustee is authorized and may sell real property located at 801 Malone, Houston, Texas (the "**Property**") to DesignWise, LLC or any other buyer (the "**Buyer**") or its successors or assigns for the gross sum of not less than $580,000.00, free and clear of liens, claims and encumbrances, with any liens, claims or encumbrances unpaid at closing, including the lien of Skaneateles rdX, LLC, if any, attaching to the proceeds of sale.

2.	The Trustee shall hold the net proceeds of sale pending further Order of the Court.

3.	In the event the Buyer withdraws its offer or otherwise fails to close the sale, the Trustee is authorized to sell the Property to any buyer that in the Trustee's opinion makes an offer that is substantially similar or higher than the present offer.

4.	The Trustee is authorized to pay property taxes as may be owed as of closing, and all fees and closing costs customarily assessed to seller.

2

5.      The Trustee is authorized to pay to Kevin Riles of Kevin Riles Commercial (the "**Broker**") a broker's fee in the amount of six percent (6%) from the proceeds received by the estate upon sale in accordance with the agreement between the parties, which fee may be divided between the Broker and the Buyers' broker.

6.      The Trustee is authorized to execute all documents necessary to convey the Property and close the sales transaction.

Signed: August 30, 2023

Jeffrey P. Norman
United States Bankruptcy Judge

2

4877-5389-3743, v. 2