United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOUSTON REAL ESTATE | § | |
| PROPERTIES, LLC | § | |
| | § | |
| Debtor, | § | |
| | § | |
| ALI CHOUDHRI, | § | CIVIL ACTION NO. 4:23cv3466 |
| | § | (on Appeal from Case No. 22-32998, |
| Appellant. | § | in the Bankruptcy Court for the Southern |
| | § | District of Texas) |
| v. | § | |
| | § | |
| RANDY W. WILLIAMS, CHAPTER 7 | § | |
| TRUSTEE, | § | |
| | § | |
| Appellee | § | |

**ORDER DISMISSING APPEAL**

Came on for consideration the *Motion to Dismiss Appeal Pursuant to 11 U.S.C. § 363(m)* filed by Randy W. Williams, Trustee, Appellee herein, and after considering the Motion and any response thereto, and being of the opinion that said motion should be granted; it is hereby ORDERED that:

1. This appeal is DISMISSED as moot.

2. This Order terminates this appeal.

Dated: October 30, 2023.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE

1