IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-32998 |
| | § | |
| HOUSTON REAL ESTATE | § | |
| PROPERTIES LLC, | § | (CHAPTER 7) |
| | § | |
| DEBTOR. | § | |

NOTICE OF SOLICITATION OF BIDS FOR
SALE OF PROPERTY OF THE ESTATE

A.      Assets to be Sold

The assets to be sold consist of all interests of the bankruptcy estate of Houston Real Estate Properties, LLC in claims asserted, or that could be asserted, by the bankruptcy estate as Plaintiff in Adversary No. 23-03141 presently styled *John Quinlan, Omar Khawaja, and Osama Abdullatif v. Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Texas REIT LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Houston Real Estate Properties, LLC [Debtor], Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, and Galleria Loop Note Holder LLC, Cypress BridgCo, LLC, Magnolia BridgeCo, LLC, and A. Kelly Williams*, pending in the United States Bankruptcy Court for the Southern District of Texas (the "Litigation Claims").

The Litigation Claims are more specifically described in the Original Complaint attached hereto as Exhibit "A", and the First Supplemental Complaint attached hereto as Exhibit "B".[1]

Pursuant to §363(f) of title 11 of chapter 11 of the United States Code, the Litigation Claims shall be sold free and clear of all liens, claims, rights, interests, and encumbrances.

The Litigation Claims shall be sold without warranty or representation of any kind or nature, and shall be purchased by the successful bidder "as is – where is" and "with all faults."

B.      Requirements to Bid

Bids shall be submitted to the Trustee and his counsel on or before December 8, 2023. Each bid shall be in writing, and shall be accompanied by a deposit of twenty percent (20%) of the bid amount. All deposits shall be held by the Trustee pending completion of sale of the Litigation Claims. Any deposit of the winning bidder shall be applied to the purchase price. In the event the winning bidder fails to close the sale through no fault of the Trustee as determined by the Trustee in his sole discretion, such deposit shall be forfeited and shall become property of the bankruptcy estate. All deposits submitted by unsuccessful bidders shall be refunded in full.

---

[1] Due to their sizes, Exhibits "A" and "B" have not been served with this Notice. Copies of the Exhibits may be obtained by contacting the attorney for the Trustee.

Bids shall be submitted by email to Randy Williams, Trustee (rww@bymanlaw.com) and Tim Wentworth (twentworth@okinadams.com).

**C.      Auction Process**

In the event that only one offer is received for the Litigation Claims, and the Trustee believes that consummation of a sale of the Litigation Claims is in the best interest of the bankruptcy estate, the Trustee shall file a motion seeking Bankruptcy Court approval of the sale with a hearing to be held on January 4, 2024 at 9:30 a.m. in Courtroom No, 403, United States Courthouse, 515 Rusk St., Houston, Texas 77002.

In the event more than one offer is received, the Trustee will hold an auction for sale of the Litigation Claims (the "Auction") at 10:00 a.m. Central Time on December 20, 2023.  The Auction shall be conducted virtually by telephone or video conference. The Trustee reserves the right to cancel or reschedule the Auction for any reason at any time.

The Auction shall be conducted in rounds and in any order the Trustee determines.  At the end of every round, the Trustee shall declare the highest or otherwise best bid, as determined in his sole discretion at that time for the Litigation Claims.  Each bidder shall have the right to continue to improve its respective bid at the Auction.  Upon a determination by the Trustee in his sole discretion that no further higher or otherwise better bid has been received, the Trustee may conclude the Auction.

At the conclusion of the Auction, the Trustee shall determine in his sole discretion which bidder has submitted the highest and best bid.

Nothing herein shall preclude the Trustee from modifying any procedures at the Auction.

Upon completion of the Auction and if the Trustee believes that consummation of sale of the Litigation Claims to the high bidder is in the best interest of the bankruptcy estate, the Trustee shall file an expedited motion seeking Bankruptcy Court approval of the sale with a hearing to be held on January 4, 2024 at 9:30 a.m. in Courtroom No, 403, United States Courthouse, 515 Rusk St., Houston, Texas 77002.

**D.      Hearing**

A hearing will be held on January 4, 2023 at 9:30 a.m. Central Time before the Bankruptcy Court at which time the Trustee will announce the results of sale and obtain an Order approving sale to the successful bidder, if required.

**E.      Closing**

Sale of the Litigation Claims shall be final upon approval by the Bankruptcy Court of a final and non-appealable Order approving the sale.

2

**PLEASE DIRECT ANY QUESTIONS REGARDING THE FOREGOING SALE PROCEDURES TO COUNSEL FOR THE TRUSTEE.**

Respectfully submitted this 10th day of November, 2023.

**OKIN ADAMS BARTLETT CURRY LLP**

By:      /s/ *Timothy L. Wentworth*
Timothy L. Wentworth
Texas Bar No. 21179000
twentworth@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

**ATTORNEYS FOR RANDY W. WILLIAMS, TRUSTEE**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing *Notice of Solicitation of Bids for Sale of Property of the Estate* was served via the Court's CM/ECF system on any party having appeared and requested notice in the Bankruptcy Cases at the time of filing of the pleadings; and on the parties identified in the service list attached hereto by First Class United States Mail, postage prepaid.

By:      /s/ *Timothy L. Wentworth*
Timothy L. Wentworth

3

4879-1166-0944, v. 2

Label Matrix for local noticing
0541-4
Case 22-32998
Southern District of Texas
Houston
Fri Nov 10 13:01:11 CST 2023

Fort Bend County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, TX 77253-3064

Harris County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, Tx 77253-3064

Houston Real Estate Properties LLC
1001 West Loop
Ste 700
Houston, TX 77027-9033

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Abdullatif & Company LLC
2500 West Loop S., Ste. 522
Houston, TX 77027-4523

Ali Choudhri
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Allan D Goldstein
Morris Lendais Hollrah & Snowden
520 Post Oak, Suite 700
Houston, Texas 77027-9414

Allan D. Goldstein
James D. Salyer
Morris Lendais Hollrah & Snowden
1980 Post Oak Blvd., Ste. 700
Houston, TX 77056-3848

City of Houston Water
801 Malone
Houston, TX 77007-5125

FORT BEND INDEPENDENT SCHOOL DISTRICT
C/O FORT BEND COUNTY TAX OFFICE
1317 EUGENE HEIMANN CIRCLE
RICHMOND TX 77469-3623

Fort Bend County
c/o Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Harris County Appraisal District
13013 NW Freeway
Houston, TX 77040-6305

Harris County et al.
c/o Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346

Jetall Companies
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Jetall Investment & Realty, Inc
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Osama Adbullatif
2500WestLoopS., Ste. 522
Houston, TX 77027

Skaneateles rdX LLC
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Skaneateles rdX, LLC
412 W. Polk #1
Houston, TX 77019-4763

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

U.S. Trustee's Office
515 Rusk Avenue, Suite 3516
Houston, Texas 77002-2604

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Ali Choudhri
1001 W. Loop S.
Suite 700
Houston, TX 77027-9033

John Quinlan
22310 Grand Corner Dr
Suite 140
Katy, TX   77494-7467

Melissa S Hayward
Hayward PLLC
10501 N. Central Expwy.
Suite 106
Dallas, TX 75231-2203

Randy W Williams
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, TX 77581-7933

Ron Satija
Hayward PLLC
7600 Burnet Road
Ste 530
Austin, TX 78757-1269

Ruth A Van Meter
Hayward PLLC
10501 N. Central Expwy 75231
Suite 106
Dallas, TX 75231-2203

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)9201 Memorial Dr. LLC                    (u)Fort Bend Independent School District        (u)Skaneateles rdX, LLC

(u)Omar Khawja                              (u)Osama Abdullatif                             End of Label Matrix
                                                                                            Mailable recipients    28
                                                                                            Bypassed recipients     5
                                                                                            Total                  33