**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-32998** |
| | § | |
| **HOUSTON REAL ESTATE** | § | |
| **PROPERTIES LLC** | § | **(CHAPTER 7)** |
| | § | |
| **DEBTOR.** | § | |

**TRUSTEE'S MOTION FOR AUTHORITY TO SELL LITIGATION CLAIMS
FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

---

**NOTICE PURSUANT TO LOCAL RULE 9013-1**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

A HEARING WILL BE CONDUCTED ON THIS MATTER ON JANUARY 4, 2024 AT 9:30 A.M. IN COURTROOM 403, 4TH FLOOR, UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, 515 RUSK STREET, HOUSTON, TEXAS 77002.

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Randy W. Williams, Trustee (the "**Trustee**"), and files this *Motion for Authority to Sell Litigation Claims*, and in support thereof respectfully represents as follows:

1.      This case was commenced by the filing of a voluntary petition under chapter 11 of the Bankruptcy Code on October 7, 2022.  This case was converted to chapter 7 on March 8, 2023. The Trustee was appointed Chapter 7 Trustee on that date.

2.      Property of the estate includes claims asserted, or that could be asserted, by the bankruptcy estate as Plaintiff in Adversary No. 23-03141 presently styled *John Quinlan, Omar*

*Khawaja, and Osama Abdullatif v. Jetall Companies, Inc., Arabella PH 3201 LLC, 9201 Memorial Dr. LLC, 2727 Kirby 26L LLC, Texas REIT LLC, Dalio Holdings I, LLC, Dalio Holdings II, LLC, Houston Real Estate Properties, LLC [Debtor], Shahnaz Choudhri, Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, and Galleria Loop Note Holder LLC, Cypress BridgCo, LLC, Magnolia BridgeCo, LLC, and A. Kelly Williams*, pending in the United States Bankruptcy Court for the Southern District of Texas (the "Litigation Claims").

3.      The Litigation Claims are more specifically described in the Original Complaint [Adversary No. 23-03141, Docket No. 1], and the First Supplemental Complaint [Adversary No. 23-03141, Docket No. 26].

4.      On November 10, 2023, the Trustee filed his *Notice of Solicitation of Bids for Sale of Property of the Estate* [Docket No. 170] (the "Notice").  The Notice provided that the Litigation Claims shall be sold free and clear of all liens, claims, rights, interests, and encumbrances pursuant to §363(f) of the Bankruptcy Code.  Further, the Litigation Claims shall be sold without warranty or representation of any kind or nature, and shall be purchased by the successful bidder "as is – where is" and "with all faults."

5.      Pursuant to the Notice, the deadline for submission of bids was December 8, 2023. The Trustee received one bid for $15,0000 from Omar Khawaja, John Quinlan, and Osama Abdullatif (the "Buyers").  The Trustee received no other bids before expiration of the deadline.

6.      The Trustee requests authority to sell the Litigation Claims pursuant to 11 U.S.C. § 363(b) free and clear of liens, claims and encumbrances, with any such liens, claims and encumbrances attaching to the proceeds of sale. The Trustee presently knows of no such liens, claims or encumbrances that have been asserted against the Litigation Claims.

7.      The Trustee believes that sale of the Litigation Claims to the Buyers is in the best interest of the estate and its creditors and should be approved.

4856-5398-7222, v. 2

WHEREFORE, Trustee prays that the Court issue an order authorizing sale of the Litigation Claims to the Buyers without warranty or representation of any kind, as is – where is and with all faults, and free and clear of liens, claims and encumbrances, with any such liens, claims and encumbrances attaching to the proceeds of sale; and that he be granted such other and further relief to which he may be justly entitled.

Respectfully submitted,

**OKIN ADAMS BARTLETT CURRY LLP**

By: */s/ Timothy L. Wentworth*
Timothy L. Wentworth
Texas Bar No. 21179000
Email: twentworth@okinadams.com
1113 Vine St., Suite 240
Houston, Texas  77002
Telephone: 713.228.4100
Facsimile:  346.247.7158
**ATTORNEYS FOR RANDY W. WILLIAMS, TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Trustee's Motion for Authority to Sell Litigation Claims Free and Clear of Liens, Claims and Encumbrances* has been served by U.S. Mail, postage prepaid, on the 11th day of December, 2023, upon the parties listed on the attached service list.

*/s/ Timothy L. Wentworth*

_____
Timothy L. Wentworth

3

4856-5398-7222, v. 2

Label Matrix for local noticing
0541-4
Case 22-32998
Southern District of Texas
Houston
Fri Nov 10 13:01:11 CST 2023

Fort Bend County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, TX 77253-3064

Harris County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, Tx 77253-3064

Houston Real Estate Properties LLC
1001 West Loop
Ste 700
Houston, TX 77027-9033

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Abdullatif & Company LLC
2500 West Loop S., Ste. 522
Houston, TX 77027-4523

Ali Choudhri
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Allan D Goldstein
Morris Lendais Hollrah & Snowden
520 Post Oak, Suite 700
Houston, Texas 77027-9414

Allan D. Goldstein
James D. Salyer
Morris Lendais Hollrah & Snowden
1980 Post Oak Blvd., Ste. 700
Houston, TX 77056-3848

City of Houston Water
801 Malone
Houston, TX 77007-5125

FORT BEND INDEPENDENT SCHOOL DISTRICT
C/O FORT BEND COUNTY TAX OFFICE
1317 EUGENE HEIMANN CIRCLE
RICHMOND TX 77469-3623

Fort Bend County
c/o Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Harris County Appraisal District
13013 NW Freeway
Houston, TX 77040-6305

Harris County et al.
c/o Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346

Jetall Companies
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Jetall Investment & Realty, Inc
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Osama Adbullatif
2500WestLoopS., Ste. 522
Houston, TX 77027

Skaneateles rdX LLC
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Skaneateles rdX, LLC
412 W. Polk #1
Houston, TX 77019-4763

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

U.S. Trustee's Office
515 Rusk Avenue, Suite 3516
Houston, Texas 77002-2604

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Ali Choudhri
1001 W. Loop S.
Suite 700
Houston, TX 77027-9033

John Quinlan
22310 Grand Corner Dr
Suite 140
Katy, TX   77494-7467

Melissa S Hayward
Hayward PLLC
10501 N. Central Expwy.
Suite 106
Dallas, TX 75231-2203

Randy W Williams
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, TX 77581-7933

Ron Satija
Hayward PLLC
7600 Burnet Road
Ste 530
Austin, TX 78757-1269

Ruth A Van Meter
Hayward PLLC
10501 N. Central Expwy 75231
Suite 106
Dallas, TX 75231-2203

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)9201 Memorial Dr. LLC                (u)Fort Bend Independent School District          (u)Skaneateles rdX, LLC

(u)Omar Khawja                          (u)Osama Abdullatif                    End of Label Matrix
                                                                               Mailable recipients    28
                                                                               Bypassed recipients     5
                                                                               Total                  33