**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-32998** |
| | § | |
| **HOUSTON REAL ESTATE** | § | |
| **PROPERTIES LLC** | § | **(CHAPTER 7)** |
| | § | |
| **DEBTOR.** | § | |

**ORDER APPROVING SALE OF LITIGATION CLAIMS**
**FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**
(Relates to Docket #173)

Came on for consideration the *Motion for Authority to Sell Litigation Claims Free and Clear of Liens, Claims and Encumbrances* (the "**Motion**")[1] filed by Randy W. Williams, Trustee (the "**Trustee**") and after considering the Motion and any response thereto, and being of the opinion that said motion should be granted; it is hereby

ORDERED that the Trustee is authorized to sell the Litigation Claims to the Buyers without warranty or representation of any kind, as is – where is, with all faults, and free and clear of liens, claims and encumbrances, with any such liens, claims and encumbrances attaching to the proceeds of sale.

Signed this ___ day of _____, 2023.

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1