**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOUSTON REAL ESTATE** | § | **CASE NO.: 22-32998-H5-7** |
| **PROPERTIES, LLC** | § | |
| | § | **CHAPTER 7** |
| | § | |
| | § | |
| | § | |
| **DEBTOR.** | § | **JUDGE:  JEFFRREY P. NORMAN** |

**CHAPTER 7 TRUSTEE'S REPORT OF SALE**

**TO THE HONORABLE U. S. BANKRUPTCY JUDGE, JEFFREY P. NORMAN:**

COMES NOW, Randy W. Williams, Trustee for the estate of Houston Real Estate Properties, LLC ("Trustee") and files this *Report of Sale*.  The Trustee sold 801 Malone St., Houston, Texas 77007 (the "Malone Property") to Designwise, LLC pursuant to that certain Order Approving Sale of Real Property Free and Clear of Lien, Claims and Encumbrances [Docket No. 142].  The contract sales price was $580,000.00.  The net proceeds from the sale were $519,079.04.  The Settlement Statement is attached as **Exhibit A.**

Dated: January 2, 2024

Respectfully submitted,

  */s/ Randy W. Williams*
Randy W. Williams, Trustee
State Bar No. 21566850
7924 Broadway, Suite 104
Pearland, TX 77581
281-884-9262

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing ***Trustee's Report of Sale***, has been sent to the office of the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002 by United States first class on this the 2nd day of January, 2024, unless served via ECF at the time of filing.

*/s/ Randy W. Williams*
Randy W. Williams

- 2 -