EXHIBIT A

**A. Settlement Statement**

U.S. Department of Housing and
Urban Development

OMB Approval No. 2502-0265

---

**B. Type of Loan**

| 1. ☐ FHA   2. ☐ FmHA   3. ☐ Conv. Unins. | 6. File Number: 2078111 | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
| 4. ☐ VA   5. ☐ Conv. Ins. | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| DESIGNWISE, LLC 11 RIVER CIRCLE HOUSTON, TX 77063 | RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE UNDER BANKRUPTCY CAUSE NO. 22-32998 IN RE:HOUSTON REAL ESTATE PROPERTIES, LLC, IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS 7924 BROADWAY SUITE 104 PEARLAND, TX 77581 | |

| G. Property Location: | H. Settlement Agent: | Tax ID: 74-0923770 |
|---|---|---|
| 801 MALONE STREET HOUSTON, TX 77007 (HARRIS) | STEWART TITLE COMPANY 14100 SOUTHWEST FREEWAY, SUITE 200, SUGAR LAND, TX 77478 (281) 491- | |

| | Place Of Settlement: 14100 SOUTHWEST FREEWAY, SUITE 200, SUGAR LAND, TX 77478 (281) 491-7050 | I. Settlement Date / Disbursement Date 9/20/2023   /   9/20/2023 |
|---|---|---|

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | $580,000.00 | 401. Contract sales price | $580,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (line 1400) | $542.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **$580,542.50** | **420. Gross Amount Due To Seller** | **$580,000.00** |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or Earnest Money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan | | 502. Settlement Charges to Seller (line 1400) | $52,961.39 |
| 203. Existing loan taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Earnest Money from DesignWise, LLC | $11,600.00 | 504. Payoff of first mortgage loan | |
| 205. Option Money from DesignWise, LLC | $250.00 | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes 1/1/2023 to 9/20/2023 @ $11,088.71/Year | $7,959.57 | 511. County taxes 1/1/2023 to 9/20/2023 @ $11,088.71/Year | $7,959.57 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214 | | 514 | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **$19,809.57** | **520. Total Reduction Amount Due Seller** | **$60,920.96** |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount Due From Borrower (line 120) | $580,542.50 | 601. Gross Amount Due To Seller (line 420) | $580,000.00 |
| 302. Less Amounts Paid By/For Borrower (line 220) | $19,809.57 | 602. Less Deduction in Amt. Due To Seller (line 520) | $60,920.96 |
| **303. Cash   ☑ From   ☐ To Borrower** | **$560,732.93** | **603. Cash   ☑ To   ☐ From Seller** | **$519,079.04** |

**L. Settlement Charges**

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission based on price $580,000.00 @ 6.00 % = $34,800.00** | | |
| Division of Commission (line 700) as follows: | | |
| 701. $34,800.00 to Kevin Riles Commercial | | |
| 702. to | | |
| 703. Commission paid at Settlement | | $34,800.00 |
| 704. | | |
| **800. Items Payable In Connection With Loan** | | |
| 801. Loan Origination Fee | | |
| 802. Loan Discount | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| **900. Items Required By Lender To Be Paid In Advance** | | |
| 901. Interest | | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium | | |
| **1000. Reserves Deposited With Lender** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1008. Aggregate accounting adjustment | | |
| **1100. Title Charges** | | |
| 1101. Settlement or closing fee to Stewart Title Company | $500.00 | $500.00 |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1105. Document preparation | | |
| 1106. Notary fees | | |
| 1107. Attorney's fees | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance to Stewart Title Company | | $3,362.00 |
| (includes above item numbers: ) | | |
| 1109. Lender's coverage  Premium   to Stewart Title Company | | |
| 1110. Owner's coverage $580,000.00 Premium $3,362.00  to Stewart Title Company | | |
| 1113. Tax Certificate Fee to Stewart Title Company | | $75.78 |
| 1114. TX Policy Guaranty Fee to Texas Title Policy Guaranty Fee -  STC | | $2.00 |
| 1115. e Record Fee (Buyer/Borrower) to Stewart Title Company | $4.50 | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording fees: Deed $38.00;Mortgage ;Release ; | $38.00 | |
| 1202. County tax/stamps: Deed ;Mortgage ; | | |
| 1203. State tax/stamps: Deed ;Mortgage ; | | |
| 1204. City tax/stamps: Deed ;Mortgage ; | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Survey to Pro-Surv (POC $676.56 by DesignWise, LLC) | | |
| 1302. Pest Inspection | | |
| 1304. Fee for Copies of Bankruptcy Documents to Court Records Research | | $9.20 |
| 1305. Past Due Property Tax to Ann Harris Bennett Harris County Tax Assessor-Collector | | $14,037.41 |
| 1312. Deed Preparation Fee to Ray, Feighny & Hartle, PLLC | | $175.00 |
| **1400. Total Settlement Charges (enter on line 103, Section J and 502, Section K)** | **$542.50** | **$52,961.39** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief it is true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**BORROWERS**

DesignWise, LLC

By: _____
Michelle Dean, Sole Member

**SELLERS**

_____
Randy W. Williams, Chapter 7 Trustee
under Bankruptcy Cause No. 22-32998
in re:Houston Real Estate Properties,
LLC, in the United States Bankruptcy
Court for the Southern District of Texas

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or I will cause the funds to be disbursed in accordance with this statement.

**Settlement Agent**

_____
KATELYNN KORENEK

**Date**

9/20/2023

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see; Title 18 U.S. Code Section 1001 and Section 1010

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of Buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTION - if this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required to provide the Settlement Agent with your correct taxpayer identification number.
If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties.