United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 05, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-32998 |
| | § | |
| HOUSTON REAL ESTATE | § | |
| PROPERTIES LLC | § | (CHAPTER 7) |
| | § | |
| DEBTOR. | § | |

**ORDER APPROVING SALE OF LITIGATION CLAIMS
FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**
(Relates to Docket #173)

Came on for consideration the *Motion for Authority to Sell Litigation Claims Free and Clear of Liens, Claims and Encumbrances* (the "**Motion**")[1] filed by Randy W. Williams, Trustee (the "**Trustee**") and after considering the Motion and any response thereto, and being of the opinion that said motion should be granted; it is hereby

ORDERED that the Trustee is authorized to sell the Litigation Claims to the Buyers without warranty or representation of any kind, as is – where is, with all faults, and free and clear of liens, claims and encumbrances, with any such liens, claims and encumbrances attaching to the proceeds of sale.

Signed: January 05, 2024

Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1