**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOUSTON REAL ESTATE** | § | **CASE NO.: 22-32998-H5-7** |
| **PROPERTIES, LLC** | | |
| | § | **CHAPTER 7** |
| | § | |
| **DEBTOR.** | § | **JUDGE: JEFFREY P. NORMAN** |

---

**CHAPTER 7 TRUSTEE'S REPORT OF SALE**

**TO THE HONORABLE U. S. BANKRUPTCY JUDGE, JEFFREY P. NORMAN:**

COMES NOW, Randy W. Williams, Trustee for the estate of Houston Real Estate Properties, LLC ("Trustee") and files this *Report of Sale*. Pursuant to the *Order Approving the Sale of Litigation claims Free and Clear of Liens, Claims and Encumbrances* [Docket No. 182] entered on January 5, 2024 Trustee sold the Estate's claims and causes of action (the "Litigation Claims") arising out of pending litigation to Omar Khawaja, John Quinlan, and Osama Abdullatif for the net sum of $15,000.00.

Dated: January 25, 2024

Respectfully submitted,

*Randy W. Williams*
Randy W. Williams, Trustee
State Bar No. 21566850
7924 Broadway, Suite 104
Pearland, TX  77581
281.884.9262

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing ***Trustee's Report of Sale***, has been sent to the office of the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002 by United States first class on this the 25<u>th</u> day of January, 2024, unless served via ECF at the time of filing.

*/s/ Randy W. Williams*
Randy W. Williams