**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-32998** |
| | § | |
| **HOUSTON REAL ESTATE** | § | |
| **PROPERTIES LLC** | § | **(CHAPTER 7)** |
| | § | |
| **DEBTOR.** | § | |

**TRUSTEE'S OBJECTION TO CLAIMS OF ALI CHOUDHRI,
JETALL INVESTMENT & REALTY, INC. AND JETALL COMPANIES
CLAIM NOS. 9-1, 10-1 and 12-1**

---

**NOTICE PURSUANT TO LOCAL RULE 3007-1**

**This is an objection to your claim. This objection asks the Court to disallow the claim that you filed in this bankruptcy case. If you do not file a response within 30 days after the objection was served on you, your claim may be disallowed without a hearing.**

**A hearing has been set on this matter on April 10, 2024 at 1:30 PM in Courtroom No. 403, United States Courthouse, 515 Rusk St., Houston, Texas 77002.**

---

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Randy W. Williams, Trustee (the "Trustee") of the estate of Houston Real Estate Properties, LLC, (the "Debtor") files this Objection to Claims of Ali Choudhri, Jetall Investment & Realty, Inc. and Jetall Companies, Claim Nos. 9-1, 10-1 and 12-1, and in support of the objection respectfully represents as follows:

1.      This case was commenced by the filing of a voluntary petition under chapter 11 of the Bankruptcy Code on October 7, 2022.   This case was converted to chapter 7 on March 8, 2023. The Trustee was appointed Chapter 7 Trustee on that date.   The bar date for filing claims in this case was August 7, 2023.

2.      Ali Choudhri filed an unsecured claim in this case on August 7, 2023 in the amount of $326,349.30 ("Claim 9-1").   A true and correct copy of Claim 9-1 is attached hereto as Exhibit "A".   Jetall Investment & Realty, Inc. filed an unsecured claim in this case on August 7, 2023 in the amount of $421,998.77 ("Claim 10-1").   A true and correct copy of Claim 10-1 is attached hereto as Exhibit "B".   Jetall Companies filed an unsecured claim in this case on August 8, 2023 in the amount of $178,476.57 ("Claim 12-1").   A true and correct copy of Claim 12-1 is attached hereto as Exhibit "C".   Exhibits "A", "B" and "C" are collectively referred to herein as the "Claims".

3.      The Trustee objects to the Claims based upon the following.  First, there is no documentation attached to the Claims that supports the amounts owed.  The Claims should be disallowed in full for lack of supporting documentation.

4.      Second, Claim 12-1 was filed on August 8, 2023 after the expiration of the deadline for filing of claims in this case.  As such, to the extent that Claim 12-1 is otherwise allowed, it should be subordinated to timely-filed claims pursuant to Section 726(a)(3) of the Bankruptcy Code.

5.      Accordingly, the Trustee objects to allowance of the Claims and requests that they be disallowed in full.[1]   The affidavit of the Trustee in support of this objection is attached hereto as Exhibit "D".

WHEREFORE, the Trustee prays that this Court disallow Claims 9-1, 10-1 and 12-1; and that he be granted such other and further relief to which he may be justly entitled.

---

[1] Trustee reserves the right to assert in this objection other applicable reasons for disallowance of any claim herein.

4869-9519-4271, v. 1

**Dated: February 15, 2024.**

Respectfully submitted,

*/s/ Timothy L. Wentworth*

_____

TIMOTHY L. WENTWORTH
TBN 21179000
OKIN ADAMS BARTLETT CURRY, LLP
1113 Vine St., Suite 240
Houston, TX 77002
(713) 228-4100
**ATTORNEYS FOR RANDY W.
WILLIAMS, TRUSTEE**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this Objection to Claims of Ali Choudhri, Jetall Investment & Realty, Inc. and Jetall Companies, Claim Nos. 9-1, 10-1 and 12-1, was served by United States first class mail addressed to the following parties on this 15th day of February, 2024:

Scarlet MacGeorge
Authorized Agent
1001 W. Loop S., Suite 700
Houston, TX 77027

*/s/ Timothy L. Wentworth*
Timothy L. Wentworth

4869-9519-4271, v. 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-32998** |
| | § | |
| **HOUSTON REAL ESTATE** | § | |
| **PROPERTIES LLC** | § | **(CHAPTER 7)** |
| | § | |
| **DEBTOR.** | § | |

### AFFIDAVIT OF RANDY W. WILLIAMS, TRUSTEE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Randy W. Williams, Trustee, who, being duly sworn, on oath stated:

1.      I am over eighteen years of age, of sound mind, and capable of making this affidavit.  I am fully competent to testify to the matters stated herein and I have personal knowledge of each of the matters stated herein.

2.      I am the Trustee of the bankruptcy estate of Houston Real Estate Properties, LLC.

3.      Ali Choudhri filed an unsecured claim in this case on August 7, 2023 in the amount of $326,349.30 ("Claim 9-1").   Jetall Investment & Realty, Inc. filed an unsecured claim in this case on August 7, 2023 in the amount of $421,998.77 ("Claim 10-1").   Jetall Companies filed an unsecured claim in this case on August 8, 2023 in the amount of $178,476.57 ("Claim 12-1") (collectively, the "Claims").

.4.      I have reviewed the Claims.   The Claims lack sufficient documentation to determine whether such claims are allowable.   Further, Claim 12-1 was filed late.   Accordingly,

if Claim 12-1 is otherwise allowed, it should be subordinated to timely-filed claims pursuant to Section 726(a)(3) of the Bankruptcy Code.

6.      Based upon the foregoing, I believe the Claims should be disallowed in full.


                                    _____

                                      RANDY W. WILLIAMS, TRUSTEE

SUBSCRIBED AND SWORN TO before me on the _____ day of February, 2024.


                                    _____

                                    NOTARY PUBLIC, STATE OF TEXAS

4869-9519-4271, v. 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-32998** |
| | § | |
| **HOUSTON REAL ESTATE** | § | |
| **PROPERTIES LLC** | § | **(CHAPTER 7)** |
| | § | |
| **DEBTOR.** | § | |

**ORDER ON TRUSTEE'S OBJECTION TO CLAIMS OF ALI CHOUDHRI,**
**JETALL INVESTMENT & REALTY, INC. AND JETALL COMPANIES**
**CLAIM NOS. 9-1, 10-1 and 12-1**

Came on for consideration the Trustee's Objection to Claims of Ali Choudhri, Jetall Investment & Realty, Inc. and Jetall Companies, Claim Nos. 9-1, 10-1 and 12-1, and the Court being of the opinion that Trustee's objection is well founded and should be sustained, it is therefore

ORDERED that the claims filed by Ali Choudhri, Jetall Investment & Realty, Inc. and Jetall Companies, designated as Claim Nos. 9-1, 10-1 and 12-1 respectively, are disallowed in full.

DATED: _____, 2024.

_____
UNITED STATES BANKRUPTCY JUDGE