### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-32998 |
| | § | |
| HOUSTON REAL ESTATE | § | |
| PROPERTIES LLC | § | (CHAPTER 7) |
| | § | |
| DEBTOR. | § | |

### AFFIDAVIT OF RANDY W. WILLIAMS, TRUSTEE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF BRAZORIA | § |

BEFORE ME, the undersigned authority, on this day personally appeared Randy W. Williams, Trustee, who, being duly sworn, on oath stated:

1.      I am over eighteen years of age, of sound mind, and capable of making this affidavit.  I am fully competent to testify to the matters stated herein and I have personal knowledge of each of the matters stated herein.

2.      I am the Trustee of the bankruptcy estate of Houston Real Estate Properties, LLC.

3.      Ali Choudhri filed an unsecured claim in this case on August 7, 2023 in the amount of $326,349.30 ("Claim 9-1").  Jetall Investment & Realty, Inc. filed an unsecured claim in this case on August 7, 2023 in the amount of $421,998.77 ("Claim 10-1").  Jetall Companies filed an unsecured claim in this case on August 8, 2023 in the amount of $178,476.57 ("Claim 12-1") (collectively, the "Claims").

.4.      I have reviewed the Claims.  The Claims lack sufficient documentation to determine whether such claims are allowable.  Further, Claim 12-1 was filed late.  Accordingly,

if Claim 12-1 is otherwise allowed, it should be subordinated to timely-filed claims pursuant to Section 726(a)(3) of the Bankruptcy Code.

6.    Based upon the foregoing, I believe the Claims should be disallowed in full.

_____
RANDY W. WILLIAMS, TRUSTEE

SUBSCRIBED AND SWORN TO before me on the 14TH day of February, 2024.

_____
NOTARY PUBLIC, STATE OF TEXAS

ROBERT A. HEINLY, JR
Notary Public, State of Texas
Comm. Expires 05-13-2027
Notary ID 10006502

4869-9519-4271, v. 1