**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-32998** |
| | § | |
| **HOUSTON REAL ESTATE** | § | |
| **PROPERTIES LLC** | § | **(CHAPTER 7)** |
| | § | |
| **DEBTOR.** | § | |

**ORDER ON TRUSTEE'S OBJECTION TO CLAIMS OF ALI CHOUDHRI,**
**JETALL INVESTMENT & REALTY, INC. AND JETALL COMPANIES**
**CLAIM NOS. 9-1, 10-1 and 12-1**

Came on for consideration the Trustee's Objection to Claims of Ali Choudhri, Jetall Investment & Realty, Inc. and Jetall Companies, Claim Nos. 9-1, 10-1 and 12-1, and the Court being of the opinion that Trustee's objection is well founded and should be sustained, it is therefore

ORDERED that the claims filed by Ali Choudhri, Jetall Investment & Realty, Inc. and Jetall Companies, designated as Claim Nos. 9-1, 10-1 and 12-1 respectively, are disallowed in full.

DATED: _____, 2024.

_____
UNITED STATES BANKRUPTCY JUDGE