United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 22, 2024

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-32998** |
| | § | |
| **HOUSTON REAL ESTATE** | § | |
| **PROPERTIES LLC** | § | **(CHAPTER 7)** |
| | § | |
| **DEBTOR.** | § | |

**ORDER ON TRUSTEE'S OBJECTION TO CLAIMS OF ALI CHOUDHRI,
JETALL INVESTMENT & REALTY, INC. AND JETALL COMPANIES
CLAIM NOS. 9-1, 10-1 and 12-1**
(ECF No. 193)

Came on for consideration the Trustee's Objection to Claims of Ali Choudhri, Jetall Investment & Realty, Inc. and Jetall Companies, Claim Nos. 9-1, 10-1 and 12-1, and the lack of response in opposition, it is therefore ORDERED that the claims filed by Ali Choudhri, Jetall Investment & Realty, Inc. and Jetall Companies, designated as Claim Nos. 9-1, 10-1 and 12-1 respectively, are disallowed in full.

Signed: March 21, 2024

Jeffrey P. Norman
United States Bankruptcy Judge