IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: § | § | Chapter 7 |
| HOUSTON REAL ESTATE PROPERTIES, LLC, § | § | Lead Bankruptcy Case No. 22-32998 |
| *Debtor*. § | | |
| 2727 KIRBY 26L, LLC; § 9201 MEMORIAL DR LLC; and SHEPHERD-HULDY DEVELOPMENT I, LLC; § | § | Adversary No. 24-03091 |
| *Plaintiffs*, § | | |
| v. § | | |
| CYPRESS BRIDGECO, LLC; § MAGNOLIA BRIDGECO, LLC; and GARY LANCASTER, TRUSTEE § | | |
| *Defendants*. § | | |

**ORDER GRANTING**
**CYPRESS BRIDGECO, LLC'S EMERGENCY MOTION TO REOPEN**

Cypress BridgeCo, LLC's Emergency Motion to Reopen this case for the limited purpose of considering BridgeCo's Emergency Motion to Expunge Lis Pendens [Dkt. 12] is **GRANTED**.

**IT IS THEREFORE ORDERED** that this case is **REOPENED** for the limited purpose of allowing this Court to hear and determine the merits of BridgeCo's Emergency Motion to Expunge Lis Pendens [Dkt. 12].

SIGNED: _____

_____
Jeffrey Norman
United States Bankruptcy Judge