United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES § | |
| LLC, § | |
| § | |
| Debtor. § | |
| § | CHAPTER 7 |

### ORDER DENYING EMERGENCY MOTION TO REMAND

Before the Court is the Ali Choudhri, Jetall Companies, Inc., and Shahnaz Choudhri's Emergency Motion for Remand (ECF No. 231). After review, the Motion is denied.

There are several issues with this Motion. First, the movant has failed to comply with the Bankruptcy Local Rules[1] and this Court's procedures[2] regarding the filing of emergency motions, as the motion is not certified for its accuracy. Second, counsel for the movant attached a certificate of service to the instant motion that stated service was made electronically, but there was no service list attached. Bankruptcy Local Rule 9013-1(f) requires that the certificate of service include the name and address of those served. Third, there is no Proposed Order attached to the motion, violating Bankruptcy Local Rule 9013-1(h). Finally, the Motion did not have the necessary paragraph below the title violating Bankruptcy Local Rule 9013-1(b). Thus, the Motion is procedurally deficient.

In addition to these procedural issues, movants state that the State Court Suit was removed to this Court on December 5, 2024.[3] However, this bankruptcy case is not a removed adversary case, it was filed as a Chapter 11 bankruptcy petition. The original bankruptcy petition was filed on October 7, 2022 (ECF No. 1) and converted to a Chapter 7 case on March 8, 2023 (ECF No. 74). As this petition was not a lawsuit removed from state court, the Court finds that 28 U.S.C. § 1452 is inapplicable.

**THEREFORE, IT IS ORDERED** that the Ali Choudhri, Jetall Companies, Inc., and Shahnaz Choudhri's Emergency Motion for Remand (ECF No. 231) is **DENIED with prejudice**.

SIGNED 01/06/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Bankruptcy Local Rules can be found at: https://www.txs.uscourts.gov/page/bankruptcy-local-rules .

[2] The Court Procedures can be found at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-pnorman.

[3] Emergency Motion to Remand, Pg. 3, ¶8.