**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HOUSTON REAL ESTATE** | § | **Case No. 22-32998** |
| **PROPERTIES, LLC** | § | |
| | § | |
| | § | |
| **Debtor.** | § | **Chapter 7** |

## NOTICE OF FILING ORDERS REGARDING APPOINTMENT OF RECEIVER AND CHARGING ORDERS

TO THE HONORABLE JEFFREY P. NORMAN,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TRAVIS B. VARGO, Court-Appointed Receiver[1], by and through his counsel of record, and files certified copies of the following orders:

1. Amended Order Granting Turnover, Charging Order and Appointment of Receiver Against Judgment Debtor, entered in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas on April 9, 2025, certified by Marilyn Burgess, District Clerk of Harris County, Texas on April 29, 2025 ("Amended Receivership Order No. 1"), and

2. Amended Order Granting Turnover, Charging Order and Appointment of Receiver Against Judgment Debtor, entered in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas.

333rd Judicial District Court of Harris County, Texas on April 8, 2025 and certified by Marilyn Burgess, District Clerk of Harris County, Texas on April 29, 2025 ("Amended Receivership Order No. 2").

The certified copies of Amended Receivership Order No. 1 and Amended Receivership Order No. 2 are attached hereto as **Exhibits 1 and 2** and are incorporated herewith for all purposes.

Dated this 23rd day of April, 2026.

Respectfully submitted,

LUTTRELL + CARMODY LAW GROUP
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel.   210.426.3600
Email: luttrell@lclawgroup.net

By: /s/ Leslie M. Luttrell
       Leslie M. Luttrell
       State Bar No. 12708650

**ATTORNEYS  FOR  TRAVIS  B.  VARGO,
COURT-APPOINTED RECEIVER**

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on the 23rd day of April, 2026 I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, Trustee, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**<u>Debtor</u>**
Houston Real Estate Properties LLC
1001 West Loop
Ste 700
Houston, TX 77027

**<u>Attorneys for Debtor</u>**
Melissa S Hayward
Hayward PLLC
10501 N. Central Expwy.
Suite 106
Dallas, TX 75231

Ron Satija
Hayward PLLC
7600 Burnet Road
Ste 530
Austin, TX 78757

Ruth A Van Meter
Ruth A. Van Meter, P.C.
9322 Shady Lane Circle
Houston, TX 77063

**<u>Chapter 7 Trustee</u>**
Randy W Williams
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, TX 77581

**<u>Attorney for the Chapter 7Trustee</u>**
Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002

**<u>US Trustee</u>**
US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002

**<u>Attorney for the US Trustee</u>**
Jana Smith Whitworth
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

*/s/ Leslie M. Luttrell*
Leslie M. Luttrell