**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-32998 |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § | |
| | § | |
| *Debtor*. | § | (CHAPTER 7) |

**NOTICE OF WITHDRAWAL OF**
**CO-DEFENDANTS' MOTION FOR EXPEDITED EXAMINATION (ECF NO. 247)**
**AND OBJECTION TO TRUSTEE'S MOTION TO COMPROMISE (ECF NO. 248)**

PLEASE TAKE NOTICE that Otisco RDX LLC, MCITBE, LLC, Jetall/Croix Properties LP, Jetall/Croix GP, LLC, 2727 Kirby 26L LLC, 9201 Memorial Dr. LLC, Arabella PH 3201 LLC, Galleria Loop Note Holder LLC, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC, and Shahnaz Choudhri (collectively, the "Co-Defendants"), through its undersigned counsel, withdraws the Motion for Expedited Rule 2004 Examination and Document Production in Advance of June 16, 2026 Hearing on Trustee's 9019 Motion [ECF No. 247] and Objection to Trustee's Motion to Compromise Controversy and Renewed Motion to Dismiss Adversary Proceeding No. 23-3141 [ECF No. 248].

Respectfully submitted,

**SHACKELFORD, MCKINLEY & NORTON, LLP**

By: /s/ *Lori A. Hood*
 **Lori A. Hood**
 State Bar No. 09943430
 S.D. Tex. Bar No. 7250
 lhood@shackelford.law
 **Tatiana P. Lutomski**
 State Bar No. 24118446
 S.D. Tex. Bar No. 3805031
 tlutomski@shackelford.law
 717 Texas Avenue, 27th Floor
 Houston, Texas 77002
 Telephone: (832) 415-1801

Facsimile: (832) 565-9030
**ATTORNEYS FOR CO-DEFENDANTS**