**EXHIBIT 5**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 05, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-32998 |
| | § | |
| HOUSTON REAL ESTATE | § | |
| PROPERTIES LLC | § | (CHAPTER 7) |
| | § | |
| DEBTOR. | § | |

### ORDER APPROVING SALE OF LITIGATION CLAIMS
### FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES
(Relates to Docket #173)

Came on for consideration the *Motion for Authority to Sell Litigation Claims Free and Clear of Liens, Claims and Encumbrances* (the "**Motion**")[1] filed by Randy W. Williams, Trustee (the "**Trustee**") and after considering the Motion and any response thereto, and being of the opinion that said motion should be granted; it is hereby

ORDERED that the Trustee is authorized to sell the Litigation Claims to the Buyers without warranty or representation of any kind, as is – where is, with all faults, and free and clear of liens, claims and encumbrances, with any such liens, claims and encumbrances attaching to the proceeds of sale.

Signed: January 05, 2024

Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1

01-23-00109
FIRST COURT OF APPE/
HOUSTON, TE>
5/7/2026 2:35
DAVID CHI
CLERK PRO TEMPC

EXHIBIT 6

No. 01-23-00109-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON

ALI CHOUDHRI AND HOUSTON REAL ESTATE PROPERTIES LLC
Appellants
v.
OSAMA ABDULLATIF AND ABDULLATIF & COMPANY LLC
Appellees

On appeal from the 334th Judicial District Court
2013-41273
Harris County, Texas
Honorable Dawn Rogers, Presiding

**APPELLEES' MOTION TO DISMISS APPEAL AS TO
HOUSTON REAL ESTATE PROPERTIES LLC
AS MOOT**

**Joshua A. Cottle, Esq.**
State Bar No. 24087348
425 Soledad St., Ste. 600
Telephone: (210) 690-8000 x1004
Email: josh@texasbanklawyer.com
ATTORNEY FOR APPELLEES

**To the Honorable Justices of the Court:**

Appellees Osama Abdullatif and Abdullatif & Company LLC have each released their judgment against Appellant Houston Real Estate Properties LLC **only** as set forth in the attached District Court filing. Tab 1. The release has been filed in the trial court, and a copy of is attached to this motion. Appellees did **not** release the judgment against Ali Choudhri; it is a partial release in that sense.

A release of a judgment renders a pending appeal of that judgment moot. *See Rapp v. Mandell & Wright, P.C.*, 123 S.W.3d 431, 436 (Tex. App.—Houston [14th Dist.] 2003, pet. denied) (unconditional release of judgment mooted creditor's right to appeal from that judgment). The *Rapp* holding applies here. HREP is appealing the judgment against them; Choudhri is appealing the judgment against him. They are merged in one instrument but there is no material difference between this situation andthat in *Rapp*. In *Rapp*, the creditor sought to appeal from their released judgment; here, one debtor seeks to appeal from their now-released judgment. There's simply no point in fighting about a released judgment.

Appellees respectfully request that this Court dismiss this appeal as to Appellant Houston Real Estate Properties LLC only as moot. The case should proceed with Ali Choudhri as the sole appellant.

## PRAYER

The Appellees respectfully pray that the Honorable Court enter an order dismissing the appeal of Houston Real Estate Properties LLC only as moot.

Respectfully submitted,

*/s/ Joshua Cottle*
JOSHUA COTTLE

**Joshua A. Cottle, Esq.**
State Bar No. 24087348
425 Soledad St., Ste. 600
Telephone: (210) 690-8000 x1004
Email: josh@texasbanklawyer.com
ATTORNEY FOR APPELLEES

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 7th day of May, 2026, a true and correct copy of the foregoing document was served to all counsel of record as follows:

James Robert Wetwiska
Akin Gump Strauss Hauer &
Feld LLP
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Telephone: (713) 220-5899
Facsimile: (713) 236-0822
Email: jwetwiska@akingump.com
         Jim.Wetwiska@dechert.com
*Attorneys for Appellants,*
*Ali Choudhri and Houston Real*
*Estate Properties, LLC*

Susan J. Clouthier
Clouthier Law, PLLC
9950 Woodloch Forest Dr., Ste 1300
The Woodlands, Texas 77380
Telephone: (346) 443-4300
Facsimile: (346) 443-4343
Email: susan@clouthierlaw.com
*Attorneys for Appellant, Ali Choudhri*

Allan D. Goldstein
James D. Salyer
Morris, Lendais, Hollrah & Snowden
520 Post Oak Blvd, Ste 700
Houston, Texas 77027
Telephone: (713) 966-7200
Facsimile: (713) 966-7225
Email: allang@mlhs.net
Email: jsalyer@mlhs.net
*Former Counsel for Appellees,*
*Osama Abdullatif and Abdullatif &*
*Company, LLC*

Rodney L. Drinnon
David L. Clark
McCathern Houston
2000 West Loop S, Ste 1850
Houston, Texas 77027
Telephone: (832) 533-8689
Facsimile: (832) 213-4842
Email: rdrinnon@mccathernlaw.com
Email: dclark@mccathernlaw.com
*Former Counsel for Appellees,*
*Osama Abdullatif and Abdullatif &*
*Company, LLC*

*/s/ Joshua Cottle*
Joshua Cottle

3

## CERTIFICATE OF CONFERENCE

I hereby certify that prior to filing this motion, I conferred with Mr. Wetwiska and Ms. Clouthier by e-mail regarding their position to the relief sought herein.

Mr. Wetwiska responded that he would check with his client. After a follow-up call, he was unable to provide me with his client's position before I filed this motion. I consider this matter in active conference but the Court may presume that he opposes relief for now.

Ms. Clouthier did not respond. I believe she is ill, according to a conversation I had with a person at her office. I consider this matter in active conference but the Court may presume that she opposes relief for now.

Should their positions be conveyed subsequent to this filing, Appellees will notify the Court.

*/s/ Joshua Cottle*
Joshua Cottle

TAB 1

CAUSE NO. 2013-41273

| | | |
|---|---|---|
| OSAMA ABDULLATIF et al | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALI CHOUDHRI ET AL | § | 55TH JUDICIAL DISTRICT |

## PARTIAL RELEASE OF JUDGMENT
### (AS TO HOUSTON REAL ESTATE PROPERTIES, LLC ONLY)

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF HARRIS | § |

**WHEREAS,** a Final Judgment Modified Nunc Pro Tunc (the "Judgment") was entered in Cause No. 2013-41273 in the 334th Judicial District Court of Harris County, Texas, styled *Osama Abdullatif, Individually, and Abdullatif & Company, LLC v. Ali Choudhri and Houston Real Estate Properties, LLC* (the "Lawsuit"); and

**WHEREAS,** pursuant to the Judgment, Plaintiffs Osama Abdullatif, Individually, and Abdullatif & Company, LLC (collectively, "Judgment Creditors") recovered judgment against Defendants Ali Choudhri and Houston Real Estate Properties, LLC ("HREP"), jointly and severally, for damages arising from fraud and related claims; and

**WHEREAS,** the Judgment remains subject to appeal and is currently secured, in part, by cash funds deposited into the registry of the Court as supersedeas security; and

**WHEREAS,** HREP is presently subject to a pending bankruptcy proceeding, and the Judgment Creditors desire to facilitate the resolution of that proceeding without impairing their rights under the Judgment as against any other party; and

**WHEREAS,** no payment, consideration, or satisfaction has been made or received by Judgment Creditors from or on behalf of HREP in connection with this Partial Release;

NOW, THEREFORE, for and in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged (without any monetary payment), Judgment Creditors hereby state as follows:

## 1. LIMITED RELEASE AS TO HREP ONLY

Judgment Creditors hereby release and discharge **Houston Real Estate Properties, LLC** <u>only</u>, from further personal liability for enforcement of the Judgment.

## 2. EXPRESS RESERVATION OF RIGHTS

This partial release is expressly limited to HREP. Judgment Creditors expressly reserve and preserve all rights, claims, remedies, and causes of action of any kind whatsoever against Ali

1

Choudhri and any other person or entity, including, without limitation, all rights to enforce the Judgment in full.

## 3. NO SATISFACTION OF JUDGMENT

This partial release does not constitute, and shall not be construed as, a satisfaction of the judgment, in whole or in part. No amounts have been paid toward satisfaction of the Judgment in connection with this Partial Release.

## 4. JUDGMENT REMAINS IN FULL FORCE AND EFFECT

Except as expressly provided herein with respect to HREP only, the Judgment shall remain in full force and effect in all respects, including as to liability, damages, interest, attorney's fees, and all other amounts awarded, as against all other Judgment Debtors.

## 5. NO RELEASE OF OTHER PARTIES

Nothing in this Partial Release shall be construed to release, discharge, impair, or affect the liability of any other obligor, jointly liable party, guarantor, alter ego, successor, or affiliate, including but not limited to Ali Choudhri.

## 6. NO IMPAIRMENT OF SECURITY OR APPELLATE RIGHTS

This Partial Release shall not impair, release, reduce, or otherwise affect:
    (a) the validity or enforceability of the Judgment;
    (b) any supersedeas bond, cash deposit, or other security posted in connection with the appeal;
    (c) the rights of Judgment Creditors to seek modification of such security; or
    (d) the rights, claims, or defenses of any party in the pending appeal.

## 7. BANKRUPTCY-SPECIFIC INTENT

This Partial Release is executed solely to facilitate the administration and resolution of HREP's bankruptcy proceeding and is not intended, and shall not be construed, as a release, satisfaction, compromise, or discharge of the Judgment as to any other party.

## 8. NO ADMISSION / NO WAIVER

This Partial Release shall not constitute an admission of satisfaction, waiver of rights, or election of remedies, and Judgment Creditors expressly reserve all rights not expressly released herein.

## 9. INTERPRETATION

This instrument shall be interpreted narrowly to effectuate its limited purpose of releasing HREP only. Any ambiguity shall be resolved in favor of preserving the Judgment and all rights of Judgment Creditors against all non-released parties.

2

## 10. EFFECTIVE DATE

This Partial Release shall be effective as of the date of execution below.

Respectfully submitted,

**Joshua A. Cottle, Esq.**
425 Soledad St., Ste. 600
San Antonio, TX 78205
(210) 690 8000 x1004

By: */s/ Joshua Cottle*
      JOSHUA COTTLE
      State Bar No. 24087348
      Josh@TexasBankLawyer.com
ATTORNEY FOR OSAMA ABDULLATIF and ABDULLATIF & COMPANY, LLC

3

## CERTIFICATE OF SERVICE

On __May 7, 2026_____, I caused a copy of the foregoing to be e-served on all parties with electronic service contacts pursuant to Rule 21a.

*/s/ Joshua Cottle*
JOSHUA COTTLE

4

## ACKNOWLEDGMENT

STATE OF TEXAS                          §
COUNTY OF HARRIS                        §

This instrument was acknowledged before me on the 5th day of May 2026, by Osama Abdullatif, Individually, and on behalf of Abdullatif & Company, LLC.



PATRICIA BETH MENDEZ
Notary ID #125173015
My Commission Expires
February 3, 2029

_Patricia Beth Mendez_
Notary Public, State of Texas

EXECUTED this 5th day of May 2026.

**JUDGMENT CREDITORS:**

Osama Abdullatif, Individually

Abdullatif & Company, LLC

By: _____
Name:  Osama Abdullatif
Title:   Sole Member

5

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Joshua Cottle on behalf of Joshua Cottle
Bar No. 24087348
josh@texasbanklawyer.com
Envelope ID: 114613052
Filing Code Description: Motion
Filing Description: Appellees' motion to dismiss appeal as to HREP, LLC
only
Status as of 5/7/2026 2:45 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James RWetwiska | | jwetwiska@akingump.com | 5/7/2026 2:35:09 PM | SENT |
| D. Todd Smith | 797451 | todd@texappcounsel.com | 5/7/2026 2:35:09 PM | SENT |
| Allen Goldstein | 8097950 | allang@mlhs.net | 5/7/2026 2:35:09 PM | SENT |
| James Salyer | 17549690 | jsalyer@mlhs.net | 5/7/2026 2:35:09 PM | SENT |
| Linda Graham | | graham@hooverslovacek.com | 5/7/2026 2:35:09 PM | SENT |
| Gregg Costa | | gcosta@gibsondunn.com | 5/7/2026 2:35:09 PM | SENT |
| David Clark | | dclark@mccathernlaw.com | 5/7/2026 2:35:09 PM | SENT |
| Susan Clouthier | | susan@clouthierlaw.com | 5/7/2026 2:35:09 PM | SENT |
| Colin L.Guy | | guy@hooverslovacek.com | 5/7/2026 2:35:09 PM | SENT |
| Holli VPryor-Baze | | hpryorbaze@akingump.com | 5/7/2026 2:35:09 PM | ERROR |
| Nicholas Petree | | npetree@akingump.com | 5/7/2026 2:35:09 PM | ERROR |
| Cameron Roth | | croth@akingump.com | 5/7/2026 2:35:09 PM | ERROR |
| Patrick Martin | | pmartin@mlhs.net | 5/7/2026 2:35:09 PM | SENT |
| Sylvia Espinal | | Espinal@HooverSlovacek.com | 5/7/2026 2:35:09 PM | ERROR |
| Clouthier Law | | info@clouthierlaw.com | 5/7/2026 2:35:09 PM | SENT |
| T. Michael Ballases | | ballases@hooverslovacek.com | 5/7/2026 2:35:09 PM | SENT |
| James RobertWetwiska | | jwetwiska@akingump.com | 5/7/2026 2:35:09 PM | SENT |
| Allan D.Goldstein | | allang@mlhs.net | 5/7/2026 2:35:09 PM | SENT |
| Rodney L.Drinnon | | rdrinnon@mccathernlaw.com | 5/7/2026 2:35:09 PM | SENT |
| James Wetwiska | 785223 | jwetwiska@dechert.com | 5/7/2026 2:35:09 PM | SENT |
| Josh Cottle | | josh@texasbanklawyer.com | 5/7/2026 2:35:09 PM | SENT |

5/7/2026 10:30 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 114594105
By: Jizzelle Ward
Filed: 5/7/2026 10:30 AM

EXHIBIT 7

## CAUSE NO. 2013-41273

| | | |
|---|---|---|
| OSAMA ABDULLATIF et al | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALI CHOUDHRI ET AL | § | 55TH JUDICIAL DISTRICT |

## PARTIAL RELEASE OF JUDGMENT
### (AS TO HOUSTON REAL ESTATE PROPERTIES, LLC ONLY)

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF HARRIS | § |

**WHEREAS,** a Final Judgment Modified Nunc Pro Tunc (the "Judgment") was entered in Cause No. 2013-41273 in the 334th Judicial District Court of Harris County, Texas, styled *Osama Abdullatif, Individually, and Abdullatif & Company, LLC v. Ali Choudhri and Houston Real Estate Properties, LLC* (the "Lawsuit"); and

**WHEREAS,** pursuant to the Judgment, Plaintiffs Osama Abdullatif, Individually, and Abdullatif & Company, LLC (collectively, "Judgment Creditors") recovered judgment against Defendants Ali Choudhri and Houston Real Estate Properties, LLC ("HREP"), jointly and severally, for damages arising from fraud and related claims; and

**WHEREAS,** the Judgment remains subject to appeal and is currently secured, in part, by cash funds deposited into the registry of the Court as supersedeas security; and

**WHEREAS,** HREP is presently subject to a pending bankruptcy proceeding, and the Judgment Creditors desire to facilitate the resolution of that proceeding without impairing their rights under the Judgment as against any other party; and

**WHEREAS,** no payment, consideration, or satisfaction has been made or received by Judgment Creditors from or on behalf of HREP in connection with this Partial Release;

NOW, THEREFORE, for and in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged (without any monetary payment), Judgment Creditors hereby state as follows:

## 1. LIMITED RELEASE AS TO HREP ONLY

Judgment Creditors hereby release and discharge **Houston Real Estate Properties, LLC** <u>only</u>, from further personal liability for enforcement of the Judgment.

## 2. EXPRESS RESERVATION OF RIGHTS

This partial release is expressly limited to HREP. Judgment Creditors expressly reserve and preserve all rights, claims, remedies, and causes of action of any kind whatsoever against Ali

Choudhri and any other person or entity, including, without limitation, all rights to enforce the Judgment in full.

## 3. NO SATISFACTION OF JUDGMENT

This partial release does not constitute, and shall not be construed as, a satisfaction of the judgment, in whole or in part. No amounts have been paid toward satisfaction of the Judgment in connection with this Partial Release.

## 4. JUDGMENT REMAINS IN FULL FORCE AND EFFECT

Except as expressly provided herein with respect to HREP only, the Judgment shall remain in full force and effect in all respects, including as to liability, damages, interest, attorney's fees, and all other amounts awarded, as against all other Judgment Debtors.

## 5. NO RELEASE OF OTHER PARTIES

Nothing in this Partial Release shall be construed to release, discharge, impair, or affect the liability of any other obligor, jointly liable party, guarantor, alter ego, successor, or affiliate, including but not limited to Ali Choudhri.

## 6. NO IMPAIRMENT OF SECURITY OR APPELLATE RIGHTS

This Partial Release shall not impair, release, reduce, or otherwise affect:
> (a) the validity or enforceability of the Judgment;
> (b) any supersedeas bond, cash deposit, or other security posted in connection with the appeal;
> (c) the rights of Judgment Creditors to seek modification of such security; or
> (d) the rights, claims, or defenses of any party in the pending appeal.

## 7. BANKRUPTCY-SPECIFIC INTENT

This Partial Release is executed solely to facilitate the administration and resolution of HREP's bankruptcy proceeding and is not intended, and shall not be construed, as a release, satisfaction, compromise, or discharge of the Judgment as to any other party.

## 8. NO ADMISSION / NO WAIVER

This Partial Release shall not constitute an admission of satisfaction, waiver of rights, or election of remedies, and Judgment Creditors expressly reserve all rights not expressly released herein.

## 9. INTERPRETATION

This instrument shall be interpreted narrowly to effectuate its limited purpose of releasing HREP only. Any ambiguity shall be resolved in favor of preserving the Judgment and all rights of Judgment Creditors against all non-released parties.

2

## 10. EFFECTIVE DATE

This Partial Release shall be effective as of the date of execution below.


Respectfully submitted,

**Joshua A. Cottle, Esq.**
425 Soledad St., Ste. 600
San Antonio, TX 78205
(210) 690 8000 x1004

By: */s/ Joshua Cottle*
  JOSHUA COTTLE
  State Bar No. 24087348
  Josh@TexasBankLawyer.com
ATTORNEY FOR OSAMA ABDULLATIF and ABDULLATIF & COMPANY, LLC

3

## CERTIFICATE OF SERVICE

On __May 7, 2026__ , I caused a copy of the foregoing to be e-served on all parties with electronic service contacts pursuant to Rule 21a.

*/s/ Joshua Cottle*
JOSHUA COTTLE

4

## ACKNOWLEDGMENT

STATE OF TEXAS §
COUNTY OF HARRIS §

This instrument was acknowledged before me on the 5th day of May 2026, by Osama Abdullatif, Individually, and on behalf of Abdullatif & Company, LLC.



PATRICIA BETH MENDEZ
Notary ID #125173015
My Commission Expires
February 3, 2029

_____
Notary Public, State of Texas

EXECUTED this 5th day of May 2026.

**JUDGMENT CREDITORS:**

_____
Osama Abdullatif, Individually

Abdullatif & Company, LLC

By: _____
Name: Osama Abdullatif
Title:   Sole Member

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Cottle on behalf of Joshua Cottle
Bar No. 24087348
josh@texasbanklawyer.com
Envelope ID: 114594105
Filing Code Description: No Fee Documents
Filing Description: Partial release of judgment as to HREP, LLC only
Status as of 5/7/2026 3:35 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mike O'Brien | | mike@moblaw.com | 5/7/2026 10:30:12 AM | SENT |
| Allan DGoldstein | | allang@mlhs.net | 5/7/2026 10:30:12 AM | SENT |
| James DSalyer | | jsalyer@mlhs.net | 5/7/2026 10:30:12 AM | SENT |
| Mark DGoranson | | goranson@goransonking.com | 5/7/2026 10:30:12 AM | SENT |
| Joe Sibley | | sibley@camarasibley.com | 5/7/2026 10:30:12 AM | SENT |
| James RWetwiska | | jwetwiska@akingump.com | 5/7/2026 10:30:12 AM | SENT |
| James Pope | | jamesp@thepopelawfirm.com | 5/7/2026 10:30:12 AM | SENT |
| Michael C. O'Connor | | moconnor@oconnorcraig.com | 5/7/2026 10:30:12 AM | SENT |
| David Medina | 88 | david.medina@nelsonmullins.com | 5/7/2026 10:30:12 AM | SENT |
| James Pierce | 15994500 | jim@jamespierce.com | 5/7/2026 10:30:12 AM | SENT |
| Lee King | 792016 | lee@houstonlegal.services | 5/7/2026 10:30:12 AM | SENT |
| Scott R.Link | | scottrlink@gmail.com | 5/7/2026 10:30:12 AM | SENT |
| Lloyd E.Kelley | | kelley@lloydekelley.com | 5/7/2026 10:30:12 AM | SENT |
| Chris DiFerante | | chris@cdflaw.com | 5/7/2026 10:30:12 AM | SENT |
| Keith Gross | | attnykgross@aol.com | 5/7/2026 10:30:12 AM | SENT |
| Brandi RWilliams | | brwilliams@akingump.com | 5/7/2026 10:30:12 AM | SENT |
| Simone Nunez | | snunez@mccathernlaw.com | 5/7/2026 10:30:12 AM | SENT |
| David Clark | | dclark@mccathernlaw.com | 5/7/2026 10:30:12 AM | SENT |
| Danielle Chester | | dchester@mccathernlaw.com | 5/7/2026 10:30:12 AM | SENT |
| Stan Clark | | stan.clark@harriscountytx.gov | 5/7/2026 10:30:12 AM | SENT |
| Michael Poynter | | mpoynter@vargolawfirm.com | 5/7/2026 10:30:12 AM | SENT |
| Rodney Drinnon | 24047841 | rdrinnon@mccathernlaw.com | 5/7/2026 10:30:12 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Cottle on behalf of Joshua Cottle
Bar No. 24087348
josh@texasbanklawyer.com
Envelope ID: 114594105
Filing Code Description: No Fee Documents
Filing Description: Partial release of judgment as to HREP, LLC only
Status as of 5/7/2026 3:35 PM CST

Case Contacts

| Rodney Drinnon | 24047841 | rdrinnon@mccathernlaw.com | 5/7/2026 10:30:12 AM | SENT |
|---|---|---|---|---|
| Jennifer LMacGeorge | | jmac@jlm-law.com | 5/7/2026 10:30:12 AM | SENT |
| Travis Vargo | | tvargo@vargolawfirm.com | 5/7/2026 10:30:12 AM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 5/7/2026 10:30:12 AM | SENT |
| MacGeorge Law Firm Admin | | service@jlm-law.com | 5/7/2026 10:30:12 AM | SENT |
| The Buzbee Law Firm - | | efiling@txattorneys.com | 5/7/2026 10:30:12 AM | SENT |
| Holli VPryor-Baze | | hpryorbaze@akingump.com | 5/7/2026 10:30:12 AM | ERROR |
| Ali Choudhri | | legal@jetallcompanies.com | 5/7/2026 10:30:12 AM | ERROR |
| Cameron Roth | | croth@akingump.com | 5/7/2026 10:30:12 AM | ERROR |
| Ali Choudhri | | ali@jetallcompanies.com | 5/7/2026 10:30:12 AM | ERROR |



EXHIBIT 8

**Ali Choudhri <ali@jetallcapital.com>**

## Fwd: Receivership Issues

**Kell Mercer** <kell.mercer@mercer-law-pc.com>                          Fri, May 2, 2025 at 9:09 AM
To: Ali Choudhri <ali@jetallcapital.com>

See the below.

---------- Forwarded message ---------
From: **Travis Vargo** <tvargo@vargolawfirm.com>
Date: Fri, Apr 4, 2025 at 10:20 AM
Subject: RE: Receivership Issues
To: Kell Mercer <kell.mercer@mercer-law-pc.com>

Kell,

The Order speaks for itself.  However, I read and the law is that Receiver has a charging order over the LLCs **only**.  I do **not** direct the acts and conduct of following entities and their lawyers:

1. Milestone Capital CRE 1, LLC

2. Galleria Loop Noteholder, LLC

3. BDFI, LLC

I am allowed to monitor.  Two cases on point are Klinek (672 SW3d 830) and Pajooh (518 SW3d 557).  To that end, at your earliest convenience, please kindly provide me copies of the governance documents for these entities.

Case 22-32998   Document 255-2   Filed in TXSB on 06/02/26   Page 22 of 25

Travis B. Vargo

Court Appointed Receiver

(713) 524-2441 - Office

(832) 779-8838 - Fax

---

**From:** Kell Mercer <kell.mercer@mercer-law-pc.com>
**Sent:** Friday, April 4, 2025 8:01 AM
**To:** Travis Vargo <tvargo@vargolawfirm.com>
**Subject:** Re: Receivership Issues

I pulled the second myself this morning. Given deadlines in matters in which I represent the below identified entities, I need to know your position asap on Milestone, Galleria North Loop, and BDFI.

On Fri, Apr 4, 2025 at 7:58 AM Travis Vargo <tvargo@vargolawfirm.com> wrote:

> Thank you for reaching out.
>
> I will get you a copy of both orders this morning.
>
> Sent from my iPhone
>
>> On Apr 3, 2025, at 7:37 PM, Kell Mercer <kell.mercer@mercer-law-pc.com> wrote:
>>
>> Travis,

I have seen the receivership order in "D". I understand there is another.

Please advise if you direct the acts and conduct of following entities and their lawyers:

1. Milestone Capital CRE 1, LLC

2. Galleria Loop Noteholder, LLC

3. BDFI, LLC

I do not wish to violate any court orders.

Thank you,

Kell

(512) 767-3214 (mobile)

Abdullatif & Company, LLC
5445 Almeda Rd., Ste. 500
Houston, TX 77004-7450

Fort Bend County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, TX 77253-3064

Harris County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, Tx 77253-3064

Houston Real Estate Properties LLC
1001 West Loop
Ste 700
Houston, TX 77027-9033

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Abdullatif & Company LLC
2500 West Loop S., Ste. 522
Houston, TX 77027-4523

Ali Choudhri
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Allan D Goldstein
Morris Lendais Hollrah & Snowden
520 Post Oak, Suite 700
Houston, Texas 77027-9414

Allan D. Goldstein
James D. Salyer
Morris Lendais Hollrah & Snowden
1980 Post Oak Blvd., Ste. 700
Houston, TX 77056-3848

City of Houston Water
801 Malone
Houston, TX 77007-5125

FORT BEND INDEPENDENT SCHOOL DISTRICT
C/O FORT BEND COUNTY TAX OFFICE
1317 EUGENE HEIMANN CIRCLE
RICHMOND TX 77469-3623

Fort Bend County
C/o Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

(p)HARRIS CENTRAL APPRAISAL DISTRICT
13013 NORTHWEST FREEWAY
HOUSTON TX 77040-6305

Harris County et al.
c/o Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346

Jetall Companies
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Jetall Investment & Realty, Inc
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Osama Adbullatif
2500WestLoopS., Ste. 522
Houston, TX 77027

Skaneateles rdX LLC
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Skaneateles rdX, LLC
412 W. Polk #1
Houston, TX 77019-4763

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

U.S. Trustee's Office
515 Rusk Avenue, Suite 3516
Houston, Texas 77002-2604

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Ali Choudhri
1001 W. Loop S.
Suite 700
Houston, TX 77027-9033

John Quinlan
22310 Grand Corner Dr
Suite 140
Katy, TX  77494-7467

Melissa S Hayward
Hayward PLLC
10501 N. Central Expwy.
Suite 106
Dallas, TX 75231-2203

Randy W Williams
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, TX 77581-7933

Ron Satija
Hayward PLLC
7600 Burnet Road
Ste 530
Austin, TX 78757-1269

Ruth A Van Meter
Ruth A. Van Meter, P.C.
9322 Shady Lane Circle
Houston, TX 77063-1305

Shahnaz Choudhri
Lenard M. Parkins
708 Main St. Fl 10
Houston, TX 77002-3246

Travis B. Vargo
c/o Leslie M. Luttrell
Luttrell + Carmody Law Group
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216-4713

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Harris County Appraisal District
13013 NW Freeway
Houston, TX 77040

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) 9201 Memorial Dr. LLC

(u) Fort Bend Independent School District

(u) Okin Adams Bartlett Curry, LLP

(u) Skaneateles rdX, LLC

(u) Dward Darjean

(u) Omar Khawja

(u) Osama Abdullatif

End of Label Matrix
Mailable recipients     31
Bypassed recipients      7
Total                   38