IN RE:                                                    CASE NO. 22-32998
HOUSTON REAL ESTATE PROPERTIES, LLC,                      CHAPTER 7
    Debtor.

JOHN QUINLAN, OMAR KHAWAJA, AND
OSAMA ABDULLATIF,                                         ADVERSARY NO. 23-03141
    Plaintiffs,

v.

JETALL COMPANIES, INC., HOUSTON REAL
ESTATE PROPERTIES, LLC, ALI CHOUDHRI,
et al.,
    Defendants.

### ORDER ON ALI CHOUDHRI'S VERIFIED OBJECTION TO TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY (ECF NO. 246)

CAME ON FOR CONSIDERATION Ali Choudhri's Verified Objection to the Trustee's Motion to Compromise Controversy (ECF No. 246). The Court, having considered the Objection, the 9019 Motion, any responses, and the record, finds that the Objection should be SUSTAINED. It is therefore

ORDERED that the 9019 Motion (ECF No. 246) is DENIED to the extent it seeks approval of a compromise under Fed. R. Bankr. P. 9019 and authority to pay residual estate funds directly to Travis B. Vargo; and it is further

ORDERED that Paragraph 16 and Prayer ¶ (e) of the 9019 Motion are DENIED; and it is further

ORDERED that, to the extent the main case is dismissed, the Court declines to retain jurisdiction over Adversary No. 23-03141, the disposition of which shall be addressed by separate order in that proceeding.

SIGNED: _____, 2026.

_____
JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE