United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| **HOUSTON REAL ESTATE PROPERTIES** | § | |
| **LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 7** |

**ORDER SETTING STATUS CONFERENCE**

Before the Court is the Trustee's Motion to Compromise Controversy (ECF No. 246). The motion was self-calendared for June 16, 2026, which is a docket day with 96 settings. This Motion has drawn several objections and responses from Choudhri related parties. Given the time constraints on the current self-calendared date, the Court will set a status conference so parties can appear and select an appropriate date for an evidentiary hearing.

**THEREFORE, IT IS ORDERED** that a Status Conference is set for 10:30 a.m. on June 5, 2026. No personal appearance is required; parties are encouraged to appear virtually to select an appropriate date for hearing.

SIGNED 06/04/2026

_____
Jeffrey Norman
United States Bankruptcy Judge