United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 05, 2026

Nathan Ochsner, Clerk

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-32998** |
| **HOUSTON REAL ESTATE PROPERTIES** | § | |
| **LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | **CHAPTER 7** |

### STATUS CONFERENCE ORDER

A Status Conference was held on June 5, 2026.  For the reasons stated on the record, it is **ORDERED:**

1. Hearing on the Application to Compromise Controversy (ECF No. 246) and any objections thereto are continued to 10:30 a.m. on August 7, 2026.
2. Parties in Interest shall file any required briefing on the standing of the objecting parties not later than June 18, 2026.
3. The Court will issue a ruling on standing not later than June 25, 2026.
4. Parties may begin discovery on (a) June 26, 2026, or (2) the date the Court issues its order on standing, whichever is earlier.
5. Pursuant to Federal Rule of Civil Procedure 16(b)(3)(B)(v), before moving for an order relating to discovery, the movant must request a conference with the Court.  The movant must email the Judge's case manager (tracey_conrad@txs.uscourts.gov) and provide a summary of the discovery dispute.  The movant must copy all interested parties on this email.  The Court will then enter an order setting a discovery conference or waiving the same.  Motions for orders relating to discovery may not be filed absent a discovery conference order, and motions filed without a conference order may be struck and the movant may be subject to sanctions.  Please refer to this Court's courtroom procedures concerning discovery disputes, which is located at www.txs.uscourts.gov/page/bankruptcy-judges-procedures-schedules.

SIGNED 06/05/2026

_____

Jeffrey Norman
United States Bankruptcy Judge

1 / 1