Label Matrix for local noticing
0541-4
Case 22-32998
Southern District of Texas
Houston
Thu Apr 23 14:41:02 CDT 2026

Abdullatif & Company, LLC
5445 Almeda Rd., Ste. 500
Houston, TX 77004-7450

Fort Bend County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, TX 77253-3064

Harris County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, Tx 77253-3064

Houston Real Estate Properties LLC
1001 West Loop
Ste 700
Houston, TX 77027-9033

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Abdullatif & Company LLC
2500 West Loop S., Ste. 522
Houston, TX 77027-4523

Ali Choudhri
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Allan D Goldstein
Morris Lendais Hollrah & Snowden
520 Post Oak, Suite 700
Houston, Texas 77027-9414

Allan D. Goldstein
James D. Salyer
Morris Lendais Hollrah & Snowden
1980 Post Oak Blvd., Ste. 700
Houston, TX 77056-3848

City of Houston Water
801 Malone
Houston, TX 77007-5125

FORT BEND INDEPENDENT SCHOOL DISTRICT
C/O FORT BEND COUNTY TAX OFFICE
1317 EUGENE HEIMANN CIRCLE
RICHMOND TX 77469-3623

Fort Bend County
c/o Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

(p)HARRIS CENTRAL APPRAISAL DISTRICT
13013 NORTHWEST FREEWAY
HOUSTON TX 77040-6305

Harris County et al.
c/o Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346

Jetall Companies
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Jetall Investment & Realty, Inc
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Osama Adbullatif
2500WestLoopS., Ste. 522
Houston, TX 77027

Skaneateles rdX LLC
1001 W. Loop South, Suite 700
Houston, Texas 77027-9033

Skaneateles rdX, LLC
412 W. Polk #1
Houston, TX 77019-4763

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

U.S. Trustee's Office
515 Rusk Avenue, Suite 3516
Houston, Texas 77002-2604

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Ali Choudhri
1001 W. Loop S.
Suite 700
Houston, TX 77027-9033

John Quinlan
22310 Grand Corner Dr
Suite 140
Katy, TX   77494-7467

Melissa S Hayward
Hayward PLLC
10501 N. Central Expwy.
Suite 106
Dallas, TX 75231-2203

Randy W Williams
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, TX 77581-7933

Ron Satija
Hayward PLLC
7600 Burnet Road
Ste 530
Austin, TX 78757-1269

Ruth A Van Meter
Ruth A. Van Meter, P.C.
9322 Shady Lane Circle
Houston, TX 77063-1305

Shahnaz Choudhri
Lenard M. Parkins
708 Main St. Fl 10
Houston, TX 77002-3246

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Harris County Appraisal District
13013 NW Freeway
Houston, TX 77040

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)9201 Memorial Dr. LLC

(u)Fort Bend Independent School District

(u)Okin Adams Bartlett Curry, LLP

(u)Skaneateles rdX, LLC

(u)Dward Darjean

(u)Omar Khawja

(u)Osama Abdullatif

End of Label Matrix
Mailable recipients    30
Bypassed recipients     7
Total                  37