**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-32998** |
| **HOUSTON REAL ESTATE** | § | **Chapter 7** |
| **PROPERTIES,** | § | |
| **LLC,** | § | |
| | § | |
| **Debtor.** | | |

---

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL TO**
**HOUSTON REAL ESTATE PROPERTIES, LLC**

---

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**TO THE HONORABLE JEFFREY P. NORMAN**
**UNITED STATES BANKRUPTCY JUDGE:**

Ruth Van Meter files this *Unopposed Motion to Withdraw as Counsel to Houston Real Estate Properties, LLC* ("**HREP**"), the Debtor in above-styled bankruptcy case (the "**Bankruptcy Case**"), and in support thereof would respectfully show the Court as follows:

1.      On July 11, 2023, Ruth Van Meter ("**Van Meter**"), formerly of Hayward PLLC, entered a Notice of Appearance [Docket No. 127] on behalf of HREP in the Bankruptcy Case.

2.    In the summer of 2024, Van Meter left the employment of Hayward PLLC and is currently employed by Ruth A. Van Meter, P.C. ("**RAV, PC**").  RAV, PC has never represented HREP or entered an appearance in the Bankruptcy Case.

3.    Van Meter was recently advised that she is still listed as an Attorney of Record for HREP, and, therefore, files this Motion to Withdraw.

4.    Ali Choudhri, HREP's former Managing Member, is unopposed to the relief requested herein.  Mr. Choudhri has been informed of the current deadlines and hearing discussed at the hearing on June 5, 2026, in the Bankruptcy Case.  In addition, HREP is currently represented by Lori Hood of Shackelford, Bowen, McKinley & Norton, LLP in the Bankruptcy Case.

5.    The Chapter 7 Trustee of HREP is also unopposed to the relief requested herein.

6.    Travis B. Vargo, as a Receiver (the "**Receiver**"), is also unopposed to the relief requested herein.

7.    Van Meter requests to withdraw and be discharged of any representation of HREP in the Bankruptcy Case.

8.    This Motion is not filed for purposes of delay, but so that justice may be done.

WHEREFORE, BASED UPON THE FORGOING, Ruth A. Van Meter prays that the Court enter an Order: (i) approving the immediate formal withdrawal of Ruth A. Van Meter as counsel for HREP for all purposes in the Bankruptcy Case, and (ii) awarding Ruth A. Van Meter such other and further relief as the Court deems equitable.

Dated:  June 18, 2026.

Respectfully submitted,

**RUTH A. VAN METER, P.C.**

By:  _/s/ Ruth Van Meter_
   Ruth Van Meter
   State Bar No. 20661570
   ruth@vanmeterlaw.com
   9322 Shady Lane Circle
   Houston, Texas 77063
   (713) 858-2891 (Direct)

**RUTH VAN METER AS FORMER COUNSEL FOR
HOUSTON REAL ESTATE PROPERTIES, LLC**


## CERTIFICATE OF CONFERENCE

The undersigned certifies that she has corresponded and/or talked to Lori Hood, HREP's current attorney, Mr. Choudhri, the Trustee's attorney, and the Receiver's attorney.  HREP, the Chapter 7 Trustee, and the Receiver do not oppose the withdrawal of Ms. Van Meter.

_/s/ Ruth Van Meter_
Ruth Van Meter


## CERTIFICATE OF SERVICE

This is to certify that on June 18, 2026, a true and correct copy of the foregoing Motion was filed with the Court and served via the Court's electronic case filing system (ECF) upon counsel and all parties registered to receive such electronic notices in the Bankruptcy Case, and by email to Timothy Wentworth at twentworth@okinadams.com, Lori Hood at lhood@shackelford.law, and Leslie M. Luttrell, luttrell@lclawgroup.net.

_/s/ Ruth Van Meter_
Ruth Van Meter