**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HOUSTON REAL ESTATE** | § | **Case No. 22-32998** |
| **PROPERTIES,** | § | **Chapter 7** |
| **LLC,** | § | |
| | § | |
| **Debtor.** | | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL TO
HOUSTON REAL ESTATE PROPERTIES, LLC**

**CAME ON** for consideration the *Unopposed Motion to Withdraw as Counsel to Houston Real Estate Properties, LLC* ("**HREP**") (the "**Motion**"), filed by Ruth A. Van Meter in the above-styled bankruptcy case (the "**Bankruptcy Case**").  The Court, having considered the Motion and proper service thereof, finds that just cause exists to grant the relief requested in the Motion. Accordingly, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that Ruth A. Van Meter shall be formally authorized to and does hereby formally withdraw as an attorney of record and is discharged as counsel for Houston Real Estate Properties, LLC for all purposes.

SIGNED this _____ day of June, 2026.

_____
UNITED STATES BANKRUPTCY JUDGE