5/7/2026 4:45 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 114625463
By: Jizzelle Ward
Filed: 5/7/2026 4:45 PM

CAUSE NO. 2013-41273

| | |
|---|---|
| OSAMA ABDULLATIF, INDIVIDUALLY AND ABDULLATIF & COMPANY LLC<br>*Plaintiffs,*<br><br>v.<br><br>ALI CHOUDHRI AND HOUSTON REAL ESTATE PROPERTIES LLC<br>*Defendants.* | IN THE DISTRICT COURT OF<br><br>HARRIS COUNTY, TEXAS<br><br>55th JUDICIAL DISTRICT |

## AGREED[1] MOTION TO REDUCE SUPERSEDEAS BOND AND DISBURSE REGISTRY FUNDS

TO THE HONORABLE JUDGE OF THIS COURT:

Osama Abdullatif and Abdullatif & Company, LLC, (collectively "Judgment-Creditors") and Travis B. Vargo, in his capacity as Court Appointed Receiver ("Receiver") (collectively "Movants") agree and move the Court reduce the supersedes bond and disburse registry funds. In support they show:

### JURISDICTION & PLENARY POWER TO PROCEED

1.      "A trial court has continuing jurisdiction to modify the amount and type of security required to continue to suspend execution of the judgment, even after the trial court's plenary power has otherwise expired." *Whitmire v. Greenridge Place Apts.*, No. 01-09-00291-CV, 2010 Tex. App. LEXIS 1123, at *7 (Tex. App.--Houston [1st Dist.] Feb. 18, 2010, no pet.) citing TEX. R. APP. P. 24.3(a) and *Lowe v. Monsanto Co.*, 965 S.W.2d 741, 742 n.8 (Tex. App.--El Paso 1998, pet. denied) (emphasis supplied).

---

[1] Receiver and Judgment Creditors are the only parties that could have an interest in the disbursement of the money in the registry. If Judgment Creditors win the appeal, the registry money would go to them. If Ali Choudhri were to win the appeal, the Receiver would be entitled to the registry money because of the Turnover Orders. Ali Choudhri has no present rights to the money and no standing to object; thus, this motion is being presented as agreed. The certificate of conference reflects Ali Choudhri's opposition to show candor to the Court.

Certified Document Number: 126564586 - Page 1 of 6

## THE JUDGMENT & SUPERSEDEAS BOND

2.      Ali Choudhri ("Choudhri") was a Defendant and is now a Judgment Debtor through the Court's "Second Amended Final Judgment Modified Nunc Pro Tunc" signed on March 1, 2023, in this cause.  Choudhri appealed the judgment and superseded it with cash deposits in lieu of bond as shown in the docket and the clerk's records.

3.      Originally, Choudhri deposited $100 in lieu of posting bond with the clerk on or about December 7, 2022.[2]  Tex. R. Evid. 201. However, Judgment-Creditors challenged the amount of the bond, and the Court significantly increased it as discussed in the Court's Order signed February 23, 2023.  To satisfy the supersede the judgment, Choudhri made deposits of $1,726,200.14 on February 17, 2023, and $133,717.40 on February 23, 2023, in lieu of bond.  The current sum of these deposits plus accrued interest is, as of the date of filing this motion, $2,132,946.18.  It is held by the clerk under registry account #88971 also titled "Supersedes."

### HON. RANDY WILSON'S TURNOVER ORDERS
### & RECEIVER OVER ALI CHOUDHRI

4.      Travis Vargo is a post-judgment receiver serving under "turnover orders" signed by Hon. Randy Wilson (serving by assignment) in Cause No. 2012-27197A, *Mokaram-Latif West Loop, Ltd and Osama Abdullatif v. Ali Choudhri* in the 333rd District Court of Harris County, Texas and a related case Cause No. 2012-27197D, *Mokaram-Latif West Loop Ltd. v. Ali Choudhri and Angel Valle v. Ali Mokaram*, in the 333rd District Court of Harris County, Texas (collectively, the "Turnover Orders").  The Turnover Orders are attached as exhibits A and B.

---

[2] The deposit is being held in registry account # 88372 titled "Supersedes."

Certified Document Number: 126564586 - Page 2 of 6

5. In summary, Choudhri is indebted to creditors for millions of dollars and Choudhri's non-exempt assets have been turned over to the Receiver. An asset of Choudhri that is subject to the Turnover Orders is the cash held in clerk's registry account #88971, the $2,132,946.18.

6. On April 17, 2026, Receiver appeared in this cause to assert rights to the cash in the registry.

## AGREED REDUCTION IN SECURITY
## & DISBURSEMENT OF MONEY IN REGISTRY

7. Judgment Creditors agree to and join the Receiver in requesting that the Court release the money held in and under registry account #88971 (presently totaling $2,132,946.18) to the Receiver. On the condition that the money is released to the Receiver, Judgment Creditor agrees to reduce the bond necessary to supersede the judgment in this case to the original amount requested and advocated by Choudhri, $100.00, which is also already being held in the registry (registry account #88972).

8. These facts are unusual and this motion is unique—a creditor agreeing to reduce cash security to satisfy their judgment. Here, though, it is desirable and requested because there is a creditor common to the judgment in this case and the judgments supporting the Turnover Orders, Osama Abdullatif, who desires money now over later.

9. Granting this motion has no impact on Mr. Choudhri's appeal of this Court's Final Judgment or any of the relief he seeks in his appeal of it. Mr. Choudhri's appeal continues. Likewise, granting motion has no impact on the Judgment Creditors ability to collect the Final Judgment if he prevails in the appeal.

10. Granting the motion also does not change the status of the case—the Judgment remains superseded, except with $135.69 (from registry account # 88372) and not $2,132,946.18 (from registry account # 88971).

Certified Document Number: 126564586 - Page 3 of 6

## PRAYER

Movants request that the Court order the clerk to release and pay the balance of registry account #88971 to "Receiver Travis Vargo" for in person pick up only at the Clerk's office at 201 Caroline, Houston, TX 77002, modify the supersedes as set forth herein, and for such other relief as Movants may be entitled.

Respectfully Submitted,


By:    /s/Travis Vargo
          Travis Vargo
          State Bar No. 24047027
          12012 Wickchester, Suite 670
          Houston, TX 77079
          (713) 524-2441 telephone
          (832) 779-8838 facsimile
          tvargo@vargolawfirm.com

RECEIVER FOR ALI CHOUDHRI


**Joshua A. Cottle, Esq.**

By:       /s/ Joshua Cottle
   JOSHUA COTTLE
   State Bar No. 24087348
   425 Soledad Street, Suite 600
   San Antonio, TX 78205
   (210) 690 8000x1004 (phone)
   (210) 696-6004 (fax)
   E-mail: josh@texasbanklawyer.com

ATTORNEY FOR JUDGMENT CREDITORS
OSAMA ABDULLATIF, INDIVIDUALLY AND
ABDULLATIF & COMPANY, LLC

Certified Document Number: 126564586 - Page 4 of 6

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2026, a true and correct copy of the foregoing was served upon all parties of record.

By:   /s/Travis Vargo, Receiver
Travis Vargo, Receiver


## CERTIFICATE OF CONFERENCE

I hereby certify that on the 7th day of May, 2026, the undersigned spoke to Jim Wetwiska, attorney for Ali Choudhri in this cause, regarding his position on the motion. He advised that Ali Choudhri is opposed.

By:   /s/Travis Vargo, Receiver
Travis Vargo, Receiver

Certified Document Number: 126564586 - Page 5 of 6

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Poynter on behalf of Michael Poynter
Bar No. 24092991
eservice@vargolawfirm.com
Envelope ID: 114625463
Filing Code Description: Motion (No Fee)
Filing Description: AGREED MOTION TO REDUCE SUPERSEDEAS BOND AND DISBURSE REGISTRY FUNDS
Status as of 5/8/2026 9:26 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James RWetwiska | | jwetwiska@akingump.com | 5/7/2026 4:45:01 PM | SENT |
| Brandi RWilliams | | brwilliams@akingump.com | 5/7/2026 4:45:01 PM | SENT |
| Michael Poynter | | mpoynter@vargolawfirm.com | 5/7/2026 4:45:01 PM | SENT |
| Travis Vargo | | tvargo@vargolawfirm.com | 5/7/2026 4:45:01 PM | SENT |
| Jim Wetwiska | | jim.wetwiska@dechert.com | 5/7/2026 4:45:01 PM | SENT |
| Jim Wetsiska | | jim.wetwiska@dechert.com | 5/7/2026 4:45:01 PM | SENT |
| Joshua Cottle | | Josh@texasbanklawyer.com | 5/7/2026 4:45:01 PM | SENT |
| Holli VPryor-Baze | | hpryorbaze@akingump.com | 5/7/2026 4:45:01 PM | ERROR |
| Cameron Roth | | croth@akingump.com | 5/7/2026 4:45:01 PM | ERROR |

Certified Document Number: 126564586 - Page 6 of 6