5/7/2026 10:30 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 114594105
By: Jizzelle Ward
Filed: 5/7/2026 10:30 AM

CAUSE NO. 2013-41273

| | | |
|---|---|---|
| OSAMA ABDULLATIF et al | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALI CHOUDHRI ET AL | § | 55TH JUDICIAL DISTRICT |

## PARTIAL RELEASE OF JUDGMENT
### (AS TO HOUSTON REAL ESTATE PROPERTIES, LLC ONLY)

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF HARRIS | § |

**WHEREAS,** a Final Judgment Modified Nunc Pro Tunc (the "Judgment") was entered in Cause No. 2013-41273 in the 334th Judicial District Court of Harris County, Texas, styled *Osama Abdullatif, Individually, and Abdullatif & Company, LLC v. Ali Choudhri and Houston Real Estate Properties, LLC* (the "Lawsuit"); and

**WHEREAS,** pursuant to the Judgment, Plaintiffs Osama Abdullatif, Individually, and Abdullatif & Company, LLC (collectively, "Judgment Creditors") recovered judgment against Defendants Ali Choudhri and Houston Real Estate Properties, LLC ("HREP"), jointly and severally, for damages arising from fraud and related claims; and

**WHEREAS,** the Judgment remains subject to appeal and is currently secured, in part, by cash funds deposited into the registry of the Court as supersedeas security; and

**WHEREAS,** HREP is presently subject to a pending bankruptcy proceeding, and the Judgment Creditors desire to facilitate the resolution of that proceeding without impairing their rights under the Judgment as against any other party; and

**WHEREAS,** no payment, consideration, or satisfaction has been made or received by Judgment Creditors from or on behalf of HREP in connection with this Partial Release;

NOW, THEREFORE, for and in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged (without any monetary payment), Judgment Creditors hereby state as follows:

## 1. LIMITED RELEASE AS TO HREP ONLY

Judgment Creditors hereby release and discharge **Houston Real Estate Properties, LLC** <u>only</u>, from further personal liability for enforcement of the Judgment.

## 2. EXPRESS RESERVATION OF RIGHTS

This partial release is expressly limited to HREP. Judgment Creditors expressly reserve and preserve all rights, claims, remedies, and causes of action of any kind whatsoever against Ali

1

Certified Document Number: 126556550 - Page 1 of 7

Choudhri and any other person or entity, including, without limitation, all rights to enforce the Judgment in full.

## 3. NO SATISFACTION OF JUDGMENT

This partial release does not constitute, and shall not be construed as, a satisfaction of the judgment, in whole or in part. No amounts have been paid toward satisfaction of the Judgment in connection with this Partial Release.

## 4. JUDGMENT REMAINS IN FULL FORCE AND EFFECT

Except as expressly provided herein with respect to HREP only, the Judgment shall remain in full force and effect in all respects, including as to liability, damages, interest, attorney's fees, and all other amounts awarded, as against all other Judgment Debtors.

## 5. NO RELEASE OF OTHER PARTIES

Nothing in this Partial Release shall be construed to release, discharge, impair, or affect the liability of any other obligor, jointly liable party, guarantor, alter ego, successor, or affiliate, including but not limited to Ali Choudhri.

## 6. NO IMPAIRMENT OF SECURITY OR APPELLATE RIGHTS

This Partial Release shall not impair, release, reduce, or otherwise affect:
    (a) the validity or enforceability of the Judgment;
    (b) any supersedeas bond, cash deposit, or other security posted in connection with the appeal;
    (c) the rights of Judgment Creditors to seek modification of such security; or
    (d) the rights, claims, or defenses of any party in the pending appeal.

## 7. BANKRUPTCY-SPECIFIC INTENT

This Partial Release is executed solely to facilitate the administration and resolution of HREP's bankruptcy proceeding and is not intended, and shall not be construed, as a release, satisfaction, compromise, or discharge of the Judgment as to any other party.

## 8. NO ADMISSION / NO WAIVER

This Partial Release shall not constitute an admission of satisfaction, waiver of rights, or election of remedies, and Judgment Creditors expressly reserve all rights not expressly released herein.

## 9. INTERPRETATION

This instrument shall be interpreted narrowly to effectuate its limited purpose of releasing HREP only. Any ambiguity shall be resolved in favor of preserving the Judgment and all rights of Judgment Creditors against all non-released parties.

2

Certified Document Number: 126556550 - Page 2 of 7

## 10. EFFECTIVE DATE

This Partial Release shall be effective as of the date of execution below.

Respectfully submitted,

**Joshua A. Cottle, Esq.**
425 Soledad St., Ste. 600
San Antonio, TX 78205
(210) 690 8000 x1004

By: */s/ Joshua Cottle*
        JOSHUA COTTLE
        State Bar No. 24087348
        Josh@TexasBankLawyer.com
ATTORNEY FOR OSAMA ABDULLATIF and ABDULLATIF & COMPANY, LLC

3

## CERTIFICATE OF SERVICE

On __May 7, 2026_____, I caused a copy of the foregoing to be e-served on all parties with electronic service contacts pursuant to Rule 21a.

*/s/ Joshua Cottle*
JOSHUA COTTLE

4

# ACKNOWLEDGMENT

STATE OF TEXAS                    §
COUNTY OF HARRIS                  §

This instrument was acknowledged before me on the 5th day of May 2026, by Osama Abdullatif, Individually, and on behalf of Abdullatif & Company, LLC.

PATRICIA BETH MENDEZ
Notary ID #125173015
My Commission Expires
February 3, 2029

*Patricia Beth Mendez*
Notary Public, State of Texas

EXECUTED this 5th day of May 2026.

**JUDGMENT CREDITORS:**



Osama Abdullatif, Individually

Abdullatif & Company, LLC

By: _____
Name:  Osama Abdullatif
Title:   Sole Member

Certified Document Number: 126556550 - Page 5 of 7

5

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Cottle on behalf of Joshua Cottle
Bar No. 24087348
josh@texasbanklawyer.com
Envelope ID: 114594105
Filing Code Description: No Fee Documents
Filing Description: Partial release of judgment as to HREP, LLC only
Status as of 5/7/2026 3:35 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mike O'Brien | | mike@moblaw.com | 5/7/2026 10:30:12 AM | SENT |
| Allan DGoldstein | | allang@mlhs.net | 5/7/2026 10:30:12 AM | SENT |
| James DSalyer | | jsalyer@mlhs.net | 5/7/2026 10:30:12 AM | SENT |
| Mark DGoranson | | goranson@goransonking.com | 5/7/2026 10:30:12 AM | SENT |
| Joe Sibley | | sibley@camarasibley.com | 5/7/2026 10:30:12 AM | SENT |
| James RWetwiska | | jwetwiska@akingump.com | 5/7/2026 10:30:12 AM | SENT |
| James Pope | | jamesp@thepopelawfirm.com | 5/7/2026 10:30:12 AM | SENT |
| Michael C. O'Connor | | moconnor@oconnorcraig.com | 5/7/2026 10:30:12 AM | SENT |
| David Medina | 88 | david.medina@nelsonmullins.com | 5/7/2026 10:30:12 AM | SENT |
| James Pierce | 15994500 | jim@jamespierce.com | 5/7/2026 10:30:12 AM | SENT |
| Lee King | 792016 | lee@houstonlegal.services | 5/7/2026 10:30:12 AM | SENT |
| Scott R.Link | | scottrlink@gmail.com | 5/7/2026 10:30:12 AM | SENT |
| Lloyd E.Kelley | | kelley@lloydekelley.com | 5/7/2026 10:30:12 AM | SENT |
| Chris DiFerante | | chris@cdflaw.com | 5/7/2026 10:30:12 AM | SENT |
| Keith Gross | | attnykgross@aol.com | 5/7/2026 10:30:12 AM | SENT |
| Brandi RWilliams | | brwilliams@akingump.com | 5/7/2026 10:30:12 AM | SENT |
| Simone Nunez | | snunez@mccathernlaw.com | 5/7/2026 10:30:12 AM | SENT |
| David Clark | | dclark@mccathernlaw.com | 5/7/2026 10:30:12 AM | SENT |
| Danielle Chester | | dchester@mccathernlaw.com | 5/7/2026 10:30:12 AM | SENT |
| Stan Clark | | stan.clark@harriscountytx.gov | 5/7/2026 10:30:12 AM | SENT |
| Michael Poynter | | mpoynter@vargolawfirm.com | 5/7/2026 10:30:12 AM | SENT |
| Rodney Drinnon | 24047841 | rdrinnon@mccathernlaw.com | 5/7/2026 10:30:12 AM | SENT |

Certified Document Number: 126556550 - Page 6 of 7

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Cottle on behalf of Joshua Cottle
Bar No. 24087348
josh@texasbanklawyer.com
Envelope ID: 114594105
Filing Code Description: No Fee Documents
Filing Description: Partial release of judgment as to HREP, LLC only
Status as of 5/7/2026 3:35 PM CST

Case Contacts

| Rodney Drinnon | 24047841 | rdrinnon@mccathernlaw.com | 5/7/2026 10:30:12 AM | SENT |
| Jennifer LMacGeorge | | jmac@jlm-law.com | 5/7/2026 10:30:12 AM | SENT |
| Travis Vargo | | tvargo@vargolawfirm.com | 5/7/2026 10:30:12 AM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 5/7/2026 10:30:12 AM | SENT |
| MacGeorge Law Firm Admin | | service@jlm-law.com | 5/7/2026 10:30:12 AM | SENT |
| The Buzbee Law Firm - | | efiling@txattorneys.com | 5/7/2026 10:30:12 AM | SENT |
| Holli VPryor-Baze | | hpryorbaze@akingump.com | 5/7/2026 10:30:12 AM | ERROR |
| Ali Choudhri | | legal@jetallcompanies.com | 5/7/2026 10:30:12 AM | ERROR |
| Cameron Roth | | croth@akingump.com | 5/7/2026 10:30:12 AM | ERROR |
| Ali Choudhri | | ali@jetallcompanies.com | 5/7/2026 10:30:12 AM | ERROR |

Certified Document Number: 126556550 - Page 7 of 7



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 18, 2026

Certified Document Number:        126556550 Total Pages: 7

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**