

**Ali Choudhri <ali@jetallcapital.com>**

## Fwd: Receivership Issues

**Kell Mercer** <kell.mercer@mercer-law-pc.com>
To: Ali Choudhri <ali@jetallcapital.com>

Fri, May 2, 2025 at 9:09 AM

See the below.

---------- Forwarded message ---------
From: **Travis Vargo** <tvargo@vargolawfirm.com>
Date: Fri, Apr 4, 2025 at 10:20 AM
Subject: RE: Receivership Issues
To: Kell Mercer <kell.mercer@mercer-law-pc.com>

Kell,

The Order speaks for itself. However, I read and the law is that Receiver has a charging order over the LLCs **only**. I do **not** direct the acts and conduct of following entities and their lawyers:

1. Milestone Capital CRE 1, LLC

2. Galleria Loop Noteholder, LLC

3. BDFI, LLC

I am allowed to monitor. Two cases on point are Klinek (672 SW3d 830) and Pajooh (518 SW3d 557). To that end, at your earliest convenience, please kindly provide me copies of the governance documents for these entities.

Case 22-32998   Document 265-5   Filed in TXSB on 06/18/26   Page 1 of 2

I have seen the receivership order in "D". I understand there is another.

Please advise if you direct the acts and conduct of following entities and their lawyers:

1. Milestone Capital CRE 1, LLC

2. Galleria Loop Noteholder, LLC

3. BDFI, LLC

I do not wish to violate any court orders.

Thank you,

Kell

(512) 767-3214 (mobile)