# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-32998 |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § | CHAPTER 7 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

TO THE HONORABLE JEFFREY P. NORMAN, UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that Lori A. Hood and Tatiana P. Lutomski of Shackelford, McKinley & Norton, LLP hereby appear as counsel for Houston Real Estate Properties, LLC, the Debtor in the above-captioned case, pursuant to Federal Rules of Bankruptcy Procedure 9010(b) and 2002, and request that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served upon the undersigned at the address set forth below.

This Notice of Appearance is not, and shall not be deemed, a waiver of any rights, claims, defenses, or remedies of the Debtor, including without limitation any objection to the jurisdiction or venue of this Court, all of which are expressly reserved.

Respectfully submitted,

SHACKELFORD, McKINLEY & NORTON, LLP

By: /s/ Lori A. Hood
Lori A. Hood
State Bar No. 09943430
S.D. Tex. Bar No. 7250
lhood@shackelford.law
Tatiana P. Lutomski
State Bar No. 24118446

S.D. Tex. Bar No. 3805031
tlutomski@shackelford.law
717 Texas Avenue, 27th Floor
Houston, Texas 77002
Telephone: (832) 415-1801
Facsimile: (832) 565-9030
ATTORNEYS FOR DEBTOR

### CERTIFICATE OF SERVICE

I certify that, on the date of filing, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case.

/s/ Lori A. Hood
Lori A. Hood