**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-32998 |
| | § | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | § | CHAPTER 7 |
| | § | |
| Debtor. | § | |

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**
*(11 U.S.C. § 329(a); Fed. R. Bankr. P. 2016(b))*

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), the undersigned certifies that she is the attorney for the above-named Debtor and that compensation paid or agreed to be paid for services rendered or to be rendered on behalf of the Debtor in connection with this case is as follows:

| | |
|---|---|
| For legal services, the Debtor has agreed to pay | $0.00 |
| Prior to this statement, counsel has received | $0.00 |
| Balance due | $0.00 |

2. The source of the compensation paid to counsel was: ___ Debtor ___ Other (specify): none_____.

3. The source of compensation to be paid to counsel is: ___ Debtor ___ Other (specify): none_____.

4. _x__ Counsel has not agreed to share the above-disclosed compensation with any other person unless members and associates of counsel's law firm. ___ Counsel has agreed to share the above-disclosed compensation with another person or persons who are not members or associates of counsel's law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, counsel has agreed to render legal service for all aspects of the Debtor's representation in connection with the 9019 Motion (DKT # 246) and related

matters in this case, including the Debtor's Objection (DKT # 252) and Reply, and representation at discovery and hearings thereon.

6. By agreement with the Debtor, the above-disclosed fee does not include the following services: none known to date but will supplement if needed.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy proceeding.

Respectfully submitted,

SHACKELFORD, McKINLEY & NORTON, LLP

By: /s/ Lori A. Hood
Lori A. Hood
State Bar No. 09943430
S.D. Tex. Bar No. 7250
lhood@shackelford.law
Tatiana P. Lutomski
State Bar No. 24118446
S.D. Tex. Bar No. 3805031
tlutomski@shackelford.law
717 Texas Avenue, 27th Floor
Houston, Texas 77002
Telephone: (832) 415-1801
Facsimile: (832) 565-9030
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I certify that, on the date of filing, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case.

/s/ Lori A. Hood
Lori A. Hood